## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       **COMMUNITY HOME FINANCIAL**          **CASE NO.**   **12-01703-ee**
             **SERVICES, INC.**

             **DEBTOR**                              **CHAPTER   11**

---

### UNITED STATES TRUSTEE'S RESPONSE TO EDWARDS FAMILY PARTNERSHIP, LP AND BEHER HOLDINGS TRUST'S MOTION TO CONVERT TO CHAPTER 7

---

Comes now Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, by and through undersigned counsel, and files this response to the Edwards Family Partnership, LP and Beher Holdings Trust's Motion to Convert to Chapter 7 (Dkt. # 1041) and in support thereof would show that the motion should be denied at this time for the reasons set forth in the Trustee's Objection thereto (Dkt. # 1082).

WHEREFORE, the United States Trustee prays that his response be received and filed and that the Court enter such relief as deemed appropriate under the circumstances.

The UST further prays for all general and equitable relief to which entitled.

Respectfully submitted,

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By:    */s/ Ronald H. McAlpin*
       RONALD H. McALPIN

RONALD H. McALPIN (MSB #2182)
Assistant U.S. Trustee
United States Department of Justice
501 E. Court Street, Suite 6-430
Jackson, Mississippi 39201
Phone No: (601) 965-5247
Fax No: (601) 965-5226
Email: ronald.mcalpin@usdoj.gov

## CERTIFICATE OF SERVICE

I, Ronald H. McAlpin, Assistant U. S. Trustee, do hereby certify that a copy of the

foregoing pleading has been served this day on the below named individual(s) via first class U.

S. Mail at the address listed below or by the Notice of Electronic Filing via the email address on

file with the Court's CM/ECF system:

Jeffrey R. Barber
Kristina M. Johnson
Jones Walker LLP
Post Office Box 427
Jackson, Mississippi 39205-0427
Email: jbarber@joneswalker.com
Email: kjohnson@joneswalker.com

Jim F. Spencer, Jr.
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650
Email: jspencer@watkinseager.com

Date: May 18, 2015            */s/ Ronald H. McAlpin*
                              Ronald H. McAlpin
                              Assistant U. S. Trustee