**LAW OFFICES OF JOHN D. MOORE, P. A.**
301 Highland Park Cove, Suite B
Post Office Box 3344
Ridgeland, MS 39158-3344
Tele: (601) 853-9131
Fax: (601) 853-9139

Page: 1
05/21/2015

Kristi Johnson
Jones Walker, LP                                     Account No:      84-00
P. O. Box 427                                        Statement No:      367
Jackson MS 39205-0427

CHFS; Chapter 11; 12-01703-EE

Previous Balance                                                 $20,877.47

Description

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/21/2015 | MTV | Review of numerous emails from Krista Appenzeller re: demolition of property in Illinois of Fickau property and review of Illinois Assignment of Real Estate Mortgage and Retail Installment Contract, Complaint for Demolition of Property and proposed motion and order for default judgment attached to email; respond to same. | 340.00 | 0.80 | 272.00 |
| | MTV | Multiple emails to Trustee, Landon Simmons and JDM re: demolition of Fickau property in Illinois and review of responses to same. | 340.00 | 0.50 | 170.00 |
| | MTV | Review of several emails from Trustee and JDM re: Greentree proof of claim on Lane mortgage and possible priority issue with Greetree and respond to same. | 340.00 | 0.30 | 102.00 |
| | MTV | Prepare Release of Mortgage on Fickau property in Springfield, Illinois and forward same via email to Trustee. | 340.00 | 1.00 | 340.00 |
| | JDM | Review documents on Lane (Virginia Mortgage) and research law regarding Virginia Mtg. priority and respond to email from Trustee. | 340.00 | 1.00 | 340.00 |
| | KPG | Receive and review email from Kilby Brabston re: updated docket on Dawn Mitchell; update case file and status report re: same; receive, review and respond to email from JDM re: letter sent to Plaintiff's attorney re: automatic stay. | 95.00 | 0.50 | 47.50 |
| | JDM | Receive, review and respond to multiple emails from Trustee, Krista Appenzeller, Landon Simmons and MTV | | | |

Kristi Johnson

CHFS; Chapter 11; 12-01703-EE

Page: 2
05/21/2015
Account No: 84-00
Statement No: 367

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | re: City of Springfield vs. Fichau demolition matter; review of multiple pleadings attached to emails. | 340.00 | 0.80 | 272.00 |
|  | JDM | Receive and review email from Trustee re: new litigation matter, County of Columbus vs. Katrina Graves and CHFS; review of documents attached thereto and respond to same. | 340.00 | 0.60 | 204.00 |
| 01/22/2015 | MTV | Office conference with John Moore re: complaint filed against Joseph Frascogna by Behr Trust. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of emails from Trustee and attachments thereto re: summons received for lawsuit in Columbus County, NC and in Aiken County, SC and respond to same. | 340.00 | 0.50 | 170.00 |
|  | MTV | Review of email from Trustee re: CHFS in Las Vegas. | 340.00 | 0.10 | 34.00 |
|  | JDM | Office conference with MTV re: Behr Trust v. Frascogna. | 340.00 | 0.20 | 68.00 |
|  | KPG | Receive and review email from MTV re: two new litigation matters, Katrina Graves and Janet Mlodzikowski; open case files and send correspondence to Plaintiffs' attorneys re: CHFS bankruptcy and attach Notice of Bankruptcy filing to each. | 95.00 | 1.20 | 114.00 |
| 01/27/2015 | MTV | Review of emails from JDM and attachments thereto re: Calabrese/Hinman property and respond to same. | 340.00 | 0.30 | 102.00 |
|  | JDM | Several email exchanges with MTV re: Hinman property issues. | 340.00 | 0.40 | 136.00 |
| 01/28/2015 | MTV | Emails to Elizabeth Gluck re: Hinman/Calabrese mortgage modification and review of responses to same and attachments thereto. | 340.00 | 0.40 | 136.00 |
| 01/29/2015 | JDM | Receive and review email from Kilby Brabston re: new litigation file, Green Tree Financing/ Terral A. Hall; review foreclosure documents attached thereto and prepare correspondence to Plaintiff's attorney re: automatic stay. | 340.00 | 0.80 | 272.00 |
|  | KPG | Receive and review new litigation file, Terrel Hall; set up new case file and update case status report re: same. | 95.00 | 0.50 | 47.50 |
| 01/30/2015 | MTV | Review of emails from Trustee and documents attached to same re: status of various matters and respond to same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of answer and defenses to complaint by Bancorpsouth. | 340.00 | 0.20 | 68.00 |

|  |  |  |  | Page: 3 |
|---|---|---|---|---|
| Kristi Johnson |  |  |  | 05/21/2015 |
|  |  |  | Account No: | 84-00 |
|  |  |  | Statement No: | 367 |
| CHFS; Chapter 11; 12-01703-EE |  |  |  |  |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  | MTV | Review of emails from JDM re: adversary proceeding filed against CHFS in Butler case in NC and respond to same. | 340.00 | 0.30 | 102.00 |
|  | JDM | Receive and review email from Kilby Brabston re: Rule 16(a) Initial Order attached thereto. | 340.00 | 0.20 | 68.00 |
|  | JDM | Receive and review email from Trustee re: Adv. Proc. filed in NC against CHFS; review Complaint attached thereto and respond to same; forward same to MTV; multiple email exchanges with Trustee re: not being licensed in NC and sending Suggestion of Bankruptcy. | 340.00 | 0.90 | 306.00 |
| 02/02/2015 | JDM | Receive and review email from Kilby Brabston re: new litigation matter, Michael Smith; review documents attached thereto; draft correspondence to Plaintiff's attorney re: CHFS bankruptcy and automatic stay. | 340.00 | 0.80 | 272.00 |
|  | KPG | Receive and review new litigation matter Michael Smith; review pleadings and set up new case file and update case status report re: same. | 95.00 | 0.50 | 47.50 |
| 02/03/2015 | MTV | Conference with Kim Grant re: filing Fickau Release of Mortgage in Illinois. | 340.00 | 0.20 | 68.00 |
|  | MTV | Emails to Krista Appenzellar re: release of Fickau mortgage and dismissal of demolition suit against CHFS and review of her responses to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Conference with Kim Grant re: procedure for filing Suggestion of Bankruptcy in Western District of North Carolina in Adv. Proc. filed by the Butlers against CHFS. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of Adversary Complaint filed by Charles and Ruth Butler against CHFS in Western District of North Carolina. | 340.00 | 0.30 | 102.00 |
|  | MTV | Emails to Trustee re: release of Fickau mortgage in Illinois. | 340.00 | 0.20 | 68.00 |
|  | JDM | Email exchange with MTV re: filing Suggestion of Bankruptcy in Western District of North Carolina in Adv. Proc. filed by the Butlers against CHFS. | 340.00 | 0.20 | 68.00 |
|  | KPG | Discussions with MTV re: Fichau matter and filing Release of Mortgage and Butler case and filing Suggestion of Bankruptcy. | 95.00 | 0.50 | 47.50 |

Kristi Johnson

CHFS; Chapter 11; 12-01703-EE

Page: 4
05/21/2015
Account No:   84-00
Statement No:   367

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/2015 | MTV | Review of emails from Trustee re: status of various matters and respond to same. | 340.00 | 0.20 | 68.00 |
|  | JDM | Receive and review emails from Trustee and MTV re: Hairston matter. | 340.00 | 0.20 | 68.00 |
| 02/06/2015 | MTV | Review of Behr objection to fee application of John Moore; review of emails from JDM re: same. | 340.00 | 0.50 | 170.00 |
|  | JDM | Receive and review Behr's Objection to JDM Fee Application; emails to MTV re: same. | 340.00 | 0.70 | 238.00 |
| 02/09/2015 | MTV | Review of emails from Trustee and multiple attachments to same re: Laila and Dennis Hairston and respond to same. | 340.00 | 0.40 | 136.00 |
|  | JDM | Receive and review email from Trustee to Landon Simmons re: Laila and Dennis Hairston/Clear Spring matter; brief review of attachments thereto. | 340.00 | 0.60 | 204.00 |
|  | JDM | Receive, review and respond to multiple emails from Trustee and Jim Spencer re: Objection to JDM Fee Application and proposed order re: same. | 340.00 | 0.50 | 170.00 |
| 02/10/2015 | MTV | Search Sangamon County online land record filings to confirm Mortgage Release has been recorded; email to Krista Appenzellar re: same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Emails to Trustee re: Hairston matter and review of her responses to same and attachments thereto. | 340.00 | 0.50 | 170.00 |
|  | MTV | Telephone conference with Dave Johnson re: subordination request by the Hairstons. | 340.00 | 0.20 | 68.00 |
|  | JDM | Receive and review email from MTV to Trustee re: Hairston matter and plaintiff's attorney, David Johnson's contact information. | 340.00 | 0.20 | 68.00 |
| 02/11/2015 | MTV | Conference with Kristi Johnson and JDM re: status of various matters and course of action to pursue. | 340.00 | 0.60 | 204.00 |
|  | MTV | Prepared Order Granting Second Fee Application and forward same via email to Trustee. | 340.00 | 1.00 | 340.00 |
|  | MTV | Review of Court's Notice of Hearing on Fee Application and Objection thereto and calendar deadlines. | 340.00 | 0.20 | 68.00 |
|  | JDM | Telephone conference with Trustee and MTV re: status of litigation matters. | 340.00 | 0.60 | 204.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  | JDM | Review emails from MTV and Trustee and attachments thereto re:proposed Order on Second Fee Application for JDM. | 340.00 | 0.50 | 170.00 |
|  | JDM | Receive and review Court's Notice of Hearing on Fee Application and Objection filed. | 340.00 | 0.20 | 68.00 |
| 02/13/2015 | JDM | Receive, review and respond to emails from Jim Spencer, Trustee's office and MTV re: proposed changes to order on fee application; revise Order and submit to Court. | 340.00 | 0.70 | 238.00 |
|  | KPG | Receive and review email from JDM and revise Order on Second Fee Application; email to Jim Spencer forwarding same; receive and review response from Spencer re: same. | 95.00 | 0.50 | 47.50 |
| 02/17/2015 | MTV | Review of emails from Krista Appenzellar re: receipt of Fickau mortgage release and dismissal of CHFS from demolition suit and respond to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of emails from Trustee, Jim Spencer and John Moore re: JDM Second Fee App and respond to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of executed Order by Judge Ellington Granting Second Fee Application. | 340.00 | 0.10 | 34.00 |
|  | MTV | Review of multiple emails from Kristi Johnson and Landon Simmons and attachments thereto re: Hairston mortgage and respond to same. | 340.00 | 0.50 | 170.00 |
|  | JDM | Receive, review and respond to multiple emails from Krista Appenzellar, Trustee, MTV, and Landon Simmons re: Hairston mortgage. | 340.00 | 0.40 | 136.00 |
|  | JDM | Email exchanges with Jim Spencer and Trustee re: Second Fee Application for JDM. | 340.00 | 0.30 | 102.00 |
| 02/18/2015 | MTV | Review of emails from Landon Simmons scheduling conference call for 02/19/15 on boarding of Hairston mortgage with Clear Spring and respond to same. | 340.00 | 0.20 | 68.00 |
| 02/19/2015 | MTV | Conference call with Landon Simmons, Michael Berry and Sabrina Bazelrod re: boarding of Hairston file. | 340.00 | 0.30 | 102.00 |
|  | MTV | Emails to Trustee re: boarding of Hairston loan and review responses to same. | 340.00 | 0.20 | 68.00 |

Kristi Johnson

CHFS; Chapter 11; 12-01703-EE

Page: 6
05/21/2015
Account No: 84-00
Statement No: 367

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | JDM | Receive and review email from Kilby Brabston re: updated dockets on Leroy Jones, Patricia Boehnen, Gregoria Altamirano, and Mary Rivera; brief review of pleadings attached thereto. | 340.00 | 0.50 | 170.00 |
| | KPG | Receive and review email from Kilby Brabston re: updated pleadings in various CHFS foreclosure matters; update case files and status report with same. | 95.00 | 0.60 | 57.00 |
| 02/23/2015 | JDM | Receive and review email from Kilby Brabston re: updated docket on Dawn Mitchell; review documents attached thereto. | 340.00 | 0.30 | 102.00 |
| | KPG | Receive and review updated docket on Dawn Mitchell; update case file and status report re: same. | 95.00 | 0.40 | 38.00 |
| 02/24/2015 | JDM | Receive and review email from Kilby Brabston re: updated docket on Paulette Stephens' litigation matter; review documents attached thereto; draft correspondence to Plaintiff's attorney re: CHFS bankruptcy and automatic stay. | 340.00 | 0.80 | 272.00 |
| | KPG | Receive and review email from Kilby Brabston with documents attached thereto re: updated docket on Paulette Stephens; set up case file and update status report re: same. | 95.00 | 0.60 | 57.00 |
| 02/26/2015 | MTV | Review of emails from Landon Simmons re: Hairston file and respond to same. | 340.00 | 0.30 | 102.00 |
| | MTV | Telephone conference with Dave Johnson, counsel for Hairstons, re: proof of payments needed from 09/15/13 forward. | 340.00 | 0.30 | 102.00 |
| 03/02/2015 | MTV | Review of emails from Kristi Johnson and Landon Simmons re: Hairston payment history and respond to same. | 340.00 | 0.20 | 68.00 |
| | JDM | Receive and review emails from Trustee and Landon Simmons re: CHFS payments re: Hairston mortgage. | 340.00 | 0.20 | 68.00 |
| 03/03/2015 | MTV | Review of executed Order Dismissing CHFS from demolition suit in Sangamon County, Illinois on Fickau property; forward same via email to Trustee. | 340.00 | 0.25 | 85.00 |
| 03/04/2015 | JDM | Receive and review emails from Trustee and MTV re: Order Dismissing CHFS from demolition lawsuit in Illinois. | 340.00 | 0.20 | 68.00 |

|  |  |  |  | Page: 7 |
|---|---|---|---|---|
| Kristi Johnson |  |  |  | 05/21/2015 |
|  |  |  | Account No: | 84-00 |
|  |  |  | Statement No: | 367 |
| CHFS; Chapter 11; 12-01703-EE |  |  |  |  |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
|  | KPG | Receive and review Order dismissing CHFS from Fichau matter; update case status report and file re: same. | 95.00 | 0.30 | 28.50 |
|  | KPG | Receive and review email from Kilby Brabston re: updated docket in Pamela Nabors matter; update case file and status report re: same. | 95.00 | 0.40 | 38.00 |
|  | JDM | Receive and review email from Kilby Brabston re: updated docket in Pamela Nabors matter; review documents attached thereto. | 340.00 | 0.20 | 68.00 |
| 03/11/2015 | MTV | Review of emails from Karen Payne re: release of mortgage for Illinois and respond to same. | 340.00 | 0.20 | 68.00 |
| 03/17/2015 | MTV | Review of email from Allison Pratt and attachment thereto re: status of release of lien on Goad mortgage and respond to same; forward email to Landon Simmons. | 340.00 | 0.30 | 102.00 |
|  | MTV | Review of email from Landon Simmons re: Goad mortgage release and review of attached documents. | 340.00 | 0.20 | 68.00 |
| 03/19/2015 | JDM | Receive and review email from Kilby Brabston re: updated dockets in Leroy Jones and Patricia Boehen matters; review documents attached thereto. | 340.00 | 0.30 | 102.00 |
|  | KPG | Receive and review email from Kilby Brabston re: updated dockets in Leroy Jones and Patricia Boehen matters; update case file and status report re: same. | 95.00 | 0.30 | 28.50 |
|  | JDM | Receive and review email from Trustee re: news update on CHFS matter. | 340.00 | 0.20 | 68.00 |
| 03/26/2015 | MTV | Review of emails from Trustee re: MTLS filed by Green Tree and proposed order from Jeff Rawlings attached thereto and respond to same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Brief review of MTLS filed by Green Tree. | 340.00 | 0.20 | 68.00 |
| 03/30/2015 | JDM | Receive and review email from Trustee re: Trustee's Second Report; review document attached thereto. | 340.00 | 0.40 | 136.00 |
|  | JDM | Receive and review email from Kilby Brabston re: new litigation file, April and Wayne Smith; review documents attached thereto; draft correspondence to Plaintiff's attorney re: CHFS bankruptcy and automatic stay. | 340.00 | 0.80 | 272.00 |
|  | KPG | Receive and review email from Kilby Brabston re: new litigation file, Wayne and April Smith and attachments thereto; set up case file and update case status report re: |  |  |  |

Kristi Johnson

Page: 8
05/21/2015
Account No: 84-00
Statement No: 367

CHFS; Chapter 11; 12-01703-EE

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | same. | 95.00 | 0.60 | 57.00 |
| | KPG | Receive and review updated docket on Nicholas Fichau; update case file and status report re: same. | 95.00 | 0.20 | 19.00 |
| | JDM | Receive and review email from Kilby Brabston re: updated docket in Nicholas Fickau matter; review documents attached thereto. | 340.00 | 0.20 | 68.00 |
| 03/31/2015 | MTV | Review of Court's Notice of Hearing on Green Tree's MTLS and calendar same. | 340.00 | 0.20 | 68.00 |
| | MTV | Brief review of Trustee's Second Statement of Investigation and Report and exhibits thereto. | 340.00 | 0.40 | 136.00 |
| | MTV | Meeting with Trustee and JDM re: status of case. | 340.00 | 0.50 | 170.00 |
| | JDM | Meet with Trustee and MTV re: case status. | 340.00 | 0.50 | 170.00 |
| 04/01/2015 | MTV | Review of emails from Trustee re: foreclosure notice on April and Wayne Smith and review of documents attached to email and respond to same. | 340.00 | 0.30 | 102.00 |
| | MTV | Review of email from Kilby Brabston and documents attached thereto re: update on litigation in Florida on Leroy Jones loan and respond to same. | 340.00 | 0.30 | 102.00 |
| | MTV | Review of email from Kilby Brabston and documents attached thereto re: foreclosure action initiated in Ohio on Beatrice Jones and respond to same. | 340.00 | 0.30 | 102.00 |
| | MTV | Correspondence to Dorie Ortiz re: Leroy Jones foreclosure litigation in Florida. | 340.00 | 0.30 | 102.00 |
| | JDM | Receive, review and respond to emails from Trustee re: case issues. | 340.00 | 0.30 | 102.00 |
| | JDM | Receive and review emails from Kilby Brabston re: updated dockets in Leroy Jones and April and Wayne Smith matters; brief review of documents attached thereto. | 340.00 | 0.40 | 136.00 |
| | JDM | Receive and review email from Trustee re: update on CHFS case. | 340.00 | 0.20 | 68.00 |
| 04/07/2015 | MTV | Prepare Objection and Response to Green Tree's Motion to Terminate Stay. | 340.00 | 1.20 | 408.00 |
| | JDM | Receive and review email from Trustee re: Complaint | | | |

|  |  |  |  | Page: 9 |
|---|---|---|---|---|
| Kristi Johnson |  |  |  | 05/21/2015 |
|  |  |  | Account No: | 84-00 |
|  |  |  | Statement No: | 367 |
| CHFS; Chapter 11; 12-01703-EE |  |  |  |  |

|  |  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  | filed; review documents attached thereto. | 340.00 | 0.50 | 170.00 |
| 04/08/2015 | MTV | Review of email from Kilby Brabston and review documents attached thereto re: foreclosure action in Ohio against Rosa M. Fair and CHFS re: One West Bank and respond to email. | 340.00 | 0.40 | 136.00 |
|  | MTV | Correspondence to Elizabeth Carullo re: litigation filed against CHFS and Rosa Fair. | 340.00 | 0.30 | 102.00 |
|  | JDM | Receive and review email from Kilby Brabston re: foreclosure file, Rosa Fair; review documents attached thereto. | 340.00 | 0.30 | 102.00 |
|  | KPG | Receive and review updated docket on Rosa Fair; update case file and status report re: same. | 95.00 | 0.40 | 38.00 |
| 04/14/2015 | MTV | Review of new litigation matter re: CitiMortgage v David Meyer and CHFS; conference with Kim Grant re: same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of email from Kilby Brabston and review of documents attached thereto re: foreclosing action against Leroy Jones and CHFS by Pennymac and respond to same. | 340.00 | 0.30 | 102.00 |
|  | JDM | Receive and review email from Kilby Brabston re: updated docket on Leroy Jones; review documents attached thereto. | 340.00 | 0.20 | 68.00 |
|  | KPG | Receive and review email from Kilby Brabston re: updated docket on Leroy Jones; update case file and status report re: same. | 95.00 | 0.30 | 28.50 |
| 04/15/2015 | JDM | Receive and review email from Kilby Brabston re: new litigation matter, David and Kimberly Meyer; review documents attached thereto; draft correspondence to Plaintiff's attorney re: CHFS bankruptcy and automatic stay. | 340.00 | 0.80 | 272.00 |
|  | KPG | Receive and review email from Kilby Brabston re: new litigation matter; review documents attached thereto; set up new case file and update case status report. | 95.00 | 0.60 | 57.00 |
| 04/17/2015 | MTV | Review of several emails from Jeff Rawlings and review of proposed Agreed Order resolving Green Tree's Motion to Lift Stay and respond to same. | 340.00 | 0.40 | 136.00 |
|  | KPG | Receive and review email from Kilby Brabston re: updated docket on Gary and Katrina Graves; update |  |  |  |

|  |  |  |  | Page: 10 |
|---|---|---|---|---|
|  | Kristi Johnson |  |  | 05/21/2015 |
|  |  |  | Account No: | 84-00 |
|  |  |  | Statement No: | 367 |
|  | CHFS; Chapter 11; 12-01703-EE |  |  |  |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  |  | case file and status report re: same. | 95.00 | 0.40 | 38.00 |
|  | JDM | Receive and review updated docket on Katrina Graves; review documents attached thereto. | 340.00 | 0.20 | 68.00 |
| 04/21/2015 | MTV | Review of email from Kilby Brabston re: Leroy Jones' foreclosure and documents attached thereto and respond to same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of emails from Dorie Ortiz re: Order Lifting Stay in Leroy Jones' litigation and review of documents attached to email and respond to same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Review of emails from Kilby Brabston and brief review of documents attached thereto re: Gary and Katrina Graves' Default Judgment entered in litigation to collect a lien for taxes and order for sale of property and respond to same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Review of emails from Jeff Rawlings and document attached thereto re: value of property and respond to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of emails from Kilby Brabston and brief review of documents attached to email re: foreclosure litigation commenced by US Bank on CHFS and Demont Bell in Ohio and respond to email. | 340.00 | 0.30 | 102.00 |
|  | MTV | Review of Complaint for Money, Reformation, Foreclosure and Other Equitable Relief filed against Demont Bell and CHFS; prepare correspondence to Ted Humbert, counsel for US Bank, re: notice of bankruptcy and stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of Default Judgment and Order of Sale in Columbus County, N.C. v CHFS and Gary and Katrina Graves; prepare correspondence to William Wood re: notice of bankruptcy and stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of email from Kilby Brabston and review of documents attached thereto re: CItiMortgage v CHFS and David P. Meyer and respond to same. | 340.00 | 0.40 | 136.00 |
| 04/22/2015 | MTV | Review of email from Kilby Brabston and documents attached thereto re: Wells Fargo v. CHFS and Wilson Horinek and respond to same. | 340.00 | 0.40 | 136.00 |
|  | JDM | Receive and review email from Kilby Brabston re: updated docket on William Horinek; review document attached thereto. | 340.00 | 0.30 | 102.00 |

Kristi Johnson

Page: 11
05/21/2015
Account No: 84-00
Statement No: 367

CHFS; Chapter 11; 12-01703-EE

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | KPG | Receive and review email from Kilby Brabston re: updated docket on William Horinek; update case file and status report re: same. | 95.00 | 0.40 | 38.00 |
| 04/23/2015 | MTV | Review of email from Kilby Brabston re: new litigation matter against CHFS and Sharon Easley; downloaded attached documents and respond to same. | 340.00 | 0.20 | 68.00 |
| | MTV | Review of Mortgage Foreclosure, Summons and Complaint to Foreclose and exhibits thereto; prepare correspondence to Plaintiff's attorney Sharon Easley. | 340.00 | 0.60 | 204.00 |
| | MTV | Review of several emails from Trustee and review of attachments thereto re: AT&T Uverse bills and respond to same. | 340.00 | 0.40 | 136.00 |
| | MTV | Correspondence to AT&T General Counsel re: Uverse account. | 340.00 | 0.30 | 102.00 |
| | MTV | Telephone conference with William Word re: foreclosure action against CHFS and Gary and Katrina Graves. | 340.00 | 0.30 | 102.00 |
| | MTV | Review of multiple emails from Nicole Matthews, counsel for AT&T, re: Uverse account and respond to same and forward emails to Trustee. | 340.00 | 0.40 | 136.00 |
| | JDM | Receive and review emails from Trustee and MTV re: AT&T U-Verse issues. | 340.00 | 0.20 | 68.00 |
| | JDM | Receive and review email from Kilby Brabston re: new litigation matter, Sharon Easley; review document attached thereto. | 340.00 | 0.30 | 102.00 |
| | KPG | Receive and review new litigation case from Kilby Brabston re: Sharon Easley; set up case file and update case status report re: same. | 95.00 | 0.50 | 47.50 |
| 04/24/2015 | MTV | Review of several emails from Nicole Matthews, counsel for AT&T, review documents attached to same re: U-verse account and respond to emails and forward same to Trustee. | 340.00 | 0.50 | 170.00 |
| | JDM | Receive and review email from Trustee re: misc. loans with possible first liens; review multiple attachments thereto and respond to same. | 340.00 | 0.80 | 272.00 |
| 04/27/2015 | MTV | Review of emails from Nicole Matthews, counsel for AT&T, re: U-Verse account and respond to same. | 340.00 | 0.20 | 68.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Page: | 12 |  |
| Kristi Johnson |  |  |  | 05/21/2015 |  |
|  |  |  | Account No: | 84-00 |  |
|  |  |  | Statement No: | 367 |  |
| CHFS; Chapter 11; 12-01703-EE |  |  |  |  |  |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | JDM | Receive and review email from Kilby Brabston re: updated dockets on James L. Smith and April and Wayne Smith; review documents attached thereto. | 340.00 | 0.40 | 136.00 |
|  | KPG | Receive and review updated dockets on April and Wayne Smith and James L. Smith; update case files with new pleadings and update status report. | 95.00 | 0.50 | 47.50 |
|  | JDM | Telephone conference with Trustee's office re: AT&T U-Verse/CHFS issue and only include Trustee in emails due to conflict; email to MTV re: same. | 340.00 | 0.40 | 136.00 |
| 04/28/2015 | KPG | Receive and review updated docket on Leroy Jones; update case file re: same. | 95.00 | 0.30 | 28.50 |
|  | JDM | Receive and review email from Kilby Brabston re: updated docket on Leroy Jones; brief review of documents attached thereto. | 340.00 | 0.20 | 68.00 |
| 04/29/2015 | MTV | Emails to Trustee re: AT&T U-Verse account issues. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of emails from Kilby Brabston re: updated dockets on James L. Smith and April and Wayne Smith; review of documents attached to email re: order removing foreclosure action from docket due to CHFS bankruptcy and respond to email. | 340.00 | 0.60 | 204.00 |
|  | MTV | Review of email from Kilby Brabston re: updated dockets for Leroy Jones and Demont Bell; review of documents attached thereto and respond to same. | 340.00 | 0.60 | 204.00 |
|  | MTV | Review of several emails from Trustee and emails attached thereto from Heather at Clear Spring re: possible CHFS first liens in foreclosure or bankruptcy and respond to same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of numerous documents received from Trustee via email re: possible CHFS first liens in foreclosure or bankruptcy; review of our files to determine status and set up files for new matters. | 340.00 | 1.00 | 340.00 |
|  | MTV | Review of Complaint for Foreclosure filed by US Bank against CHFS and Beatrice Jones and prepare correspondence to Plaintiff's counsel re: automatic stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of Complaint for Foreclosure filed by Deutsche Bank against CHFS and Jannett McCain and prepare correspondence to Plaintiffs' attorney re: notice of |  |  |  |

Kristi Johnson

Page: 13
05/21/2015
Account No: 84-00
Statement No: 367

CHFS; Chapter 11; 12-01703-EE

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
|  |  | automatic stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of Motion for Continuance in foreclosure action filed by US Bank against CHFS and Patricia Boehnen and prepare correspondence to Plaintiffs' attorney re: notice of stay. | 340.00 | 0.80 | 272.00 |
|  | JDM | Receive and review email from MTV to Trustee re: James L. Smith and April and Wayne Smith cases and that cases have been taken off docket due to CHFS bankruptcy filing. | 340.00 | 0.20 | 68.00 |
|  | JDM | Receive and review emails from Kilby Brabston, Trustee and MTV re: misc. loans with possible first liens; review documents attached thereto. | 340.00 | 0.70 | 238.00 |
|  | KPG | Receive and review new litigation matters, Beatrice Jones, Jannett McCain and Patricia Boehnen and set up case files and update case status report. | 95.00 | 1.50 | 142.50 |
| 04/30/2015 | MTV | Telephone conference with Trustee re: AT&T U-Verse issues. | 340.00 | 0.40 | 136.00 |
|  | MTV | Email correspondence to Nicole Matthews, counsel for AT&T, re: unauthorized CHFS accounts and request for information and attached invoices to same. | 340.00 | 0.30 | 102.00 |
| 05/01/2015 | MTV | Review of email and attachments thereto re: foreclosure in Florida by Lunar Heights and respond to same. | 340.00 | 0.30 | 102.00 |
|  | JDM | Receive and review email from Kilby Brabston re: new litigation matter, Derek and Maria Skinner and attachments thereto. | 340.00 | 0.20 | 68.00 |
| 05/04/2015 | KPG | Receive and review new litigation matter, Deidra Langford, and set up case file and update case status report re: same. | 95.00 | 0.40 | 38.00 |
|  | KPG | Receive and review updated docket on Beatrice Jones; update case file and status report re: same. | 95.00 | 0.20 | 19.00 |
| 05/05/2015 | MTV | Review of email from Nicole Matthews re: request for information on AT&T accounts and respond to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of email from Kilby Brabston and review documents attached thereto re: updated docket on Beatrice Jones foreclosure action and respond to same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of email from Kilby Brabston and review |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Page: | | 14 |
| Kristi Johnson | | | | | 05/21/2015 |
|  |  |  | Account No: | | 84-00 |
|  |  |  | Statement No: | | 367 |
| CHFS; Chapter 11; 12-01703-EE | | | | | |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
|  |  | documents attached thereto re: updated docket on Derek Skinner foreclosure action and respond to same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of email from Kilby Brabston re: new foreclosure litigation on Deidra Langford and respond to same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Review of Summons and Complaint seeking demolition of property in City of Chicago owned by Deidra Langford; prepare correspondence to counsel re: notice of automatic stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of email from Kilby Brabston re: foreclosure litigation against Latanya Ware and CHFS and respond to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of Motion for Summary Judgment, Default, Substitute Party Plaintiff, Judgment of Foreclosure and Sale and Motion to Appoint Selling Officer received via email from Kilby Brabston; prepare correspondence to Plaintiff's counsel re: violation of automatic stay. | 340.00 | 1.00 | 340.00 |
|  | MTV | Emails to Trustee and Kilby Brabston re: follow up on foreclosure litigation cases and review responses to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of email from Jeff Rawlings and agreed order on Green Tree's MTLS attached to email and respond to same. | 340.00 | 0.40 | 136.00 |
|  | JDM | Receive and review email from MTV to Trustee re: follow up on foreclosure matters. | 340.00 | 0.20 | 68.00 |
|  | JDM | Receive and review multiple email exchanges with Kilby Brabston and MTV re: Derek Skinner and Deidra Langford foreclosure cases. | 340.00 | 0.40 | 136.00 |
| 05/06/2015 | MTV | Begin updating status report for the Trustee for all matters; retrieve and review numerous PACER Docket reports across the country to determine status of foreclosure litigation and to determine what matters to follow up on. | 340.00 | 6.00 | 2,040.00 |
|  | KPG | Work with MTV on review case dockets, case files and status report to determine status of foreclosure litigation files. | 95.00 | 3.50 | 332.50 |
| 05/07/2015 | MTV | Completed reviewing files and updating status report for the Trustee; retrieve and review numerous PACER docket reports across the country to determine status of | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Page: | 15 |  |
| Kristi Johnson |  |  |  | 05/21/2015 |  |
|  |  |  | Account No: | 84-00 |  |
|  |  |  | Statement No: | 367 |  |
| CHFS; Chapter 11; 12-01703-EE |  |  |  |  |  |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | litigation and to determine which matters to follow up on. | 340.00 | 6.00 | 2,040.00 |
|  | KPG | Continue to review case files and emails to determine status of foreclosure litigation files; update case status report re: same. | 95.00 | 4.50 | 427.50 |
| 05/12/2015 | MTV | Review of executed agreed order by Judge Ellington on Green Tree's MTLS. | 340.00 | 0.10 | 34.00 |
|  | MTV | Review of docket in Pennymac v. James L. Smith; prepare correspondence to counsel for Pennymac re: notice of CHFS Ch. 11 case. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of email from Kilby Brabston and document attached thereto from AT&T and respond to same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Email correspondence to Nicole Matthews re: another invoice received from AT&T and attach invoice to email and review of her responses to same. | 340.00 | 0.30 | 102.00 |
|  | KPG | Review court dockets on various litigation cases to determine status of court cases; update status report re: same. | 95.00 | 2.50 | 237.50 |
| 05/13/2015 | MTV | Review of email from Nicole Matthews, counsel for AT&T, re: CHFS accounts and brief review of numerous documents attached thereto and respond to same. | 340.00 | 0.40 | 136.00 |
|  | MTV | Forward email from Nicole Matthews and documents re: CHFS AT&T accounts to Trustee and review responses to same. | 340.00 | 0.30 | 102.00 |
|  | MTV | Review of Court Docket in foreclosure action against CHFS and Shirley Lipford; prepare correspondence to US Bank's attorney re: violation of automatic stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of Court Docket in foreclosure action against CHFS and Gregoria Altamirano; prepare correspondence to Wells Fargo's attorney re: violation of automatic stay. | 340.00 | 0.80 | 272.00 |
|  | MTV | Review of emails from Kilby Brabston and Trustee re: Deidra Langford matter and respond to same. | 340.00 | 0.20 | 68.00 |
|  | JDM | Receive and review multiple emails from Kilby Brabston, MTV, and Trustee re: Deidra Langford matter; respond to same. | 340.00 | 0.30 | 102.00 |
| 05/18/2015 | JDM | Receive and review emails from Trustee, MTV and Debra Collette re: AT&T issues. | 340.00 | 0.30 | 102.00 |

```
                                                                        Page:  16
Kristi Johnson                                                        05/21/2015
                                                            Account No:    84-00
                                                         Statement No:       367
    CHFS; Chapter 11; 12-01703-EE
```

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | MTV | Review of emails from Debra Collett and Trustee re: issues with AT&T and respond to same. | 340.00 | 0.20 | 68.00 |
| 05/20/2015 | MTV | Prepare Third Fee Application, Affidavit and Notice and Certificate of Service. | 340.00 | 1.50 | 510.00 |
|  | MTV | Review and revise time and expense itemizations for fee application. | 340.00 | 0.40 | 136.00 |
|  | MTV | Review of email from Kilby Brabston re: new litigation matter on Stephanie Ward and updated docket on Janet Mlodzikowski and respond to same. | 340.00 | 0.20 | 68.00 |
|  | MTV | Review of correspondence to CHFS from counsel for Bank of America re: judicial sale scheduled for 5/27/15 on Stephanie Ward; prepare correspondence to Dean Morris, LLP re: notice of CHFS Ch. 11 and automatic stay. | 340.00 | 0.60 | 204.00 |
|  | MTV | Review of correspondence to Aiken County Clerk and proposed order removing case from the active docket due to CHFS CH. 11 filed by counsel for Bank of New York in foreclosure action against Janet Mlodzikowski and CHFS. | 340.00 | 0.30 | 102.00 |
|  |  | For Current Services Rendered |  | 101.65 | 28,901.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| John D. Moore | 23.20 | $340.00 | $7,888.00 |
| Melanie Vardaman | 55.35 | 340.00 | 18,819.00 |
| Kimberly P. Grant | 23.10 | 95.00 | 2,194.50 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 01/21/2015 | Photocopy charges | 4.20 |
| 01/22/2015 | Postage | 0.98 |
| 01/29/2015 | Postage | 0.98 |
| 01/29/2015 | Photocopy charges | 5.00 |
| 02/02/2015 | Photocopy charges | 3.60 |
| 02/02/2015 | Postage | 0.98 |
| 02/03/2015 | Recording Fee - Release of Mortgage - CHFS/Fichau matter. | 39.00 |
| 02/03/2015 | Photocopy charges | 4.40 |
| 02/19/2015 | Photocopy charges | 11.20 |
| 02/24/2015 | Postage | 0.98 |
| 03/04/2015 | Photocopy charges | 5.60 |
| 03/19/2015 | Photocopy charges | 5.20 |
| 03/30/2015 | Postage | 0.98 |

|  |  |
|---|---|
| Kristi Johnson | Page: 17<br>05/21/2015<br>Account No:    84-00<br>Statement No:    367 |

CHFS; Chapter 11; 12-01703-EE

| Date | Description | Amount |
|---|---|---:|
| 03/30/2015 | Photocopy charges | 4.20 |
| 04/14/2015 | Photocopy charges | 7.60 |
| 04/15/2015 | Postage | 0.98 |
| 04/15/2015 | Photocopy charges | 2.40 |
| 04/17/2015 | Photocopy charges | 1.60 |
| 04/21/2015 | Postage | 5.88 |
| 04/22/2015 | Photocopy charges | 1.20 |
| 04/23/2015 | Postage | 0.98 |
| 04/23/2015 | Photocopy charges | 3.80 |
| 04/27/2015 | Photocopy charges | 3.20 |
| 04/28/2015 | Photocopy charges | 1.00 |
| 04/29/2015 | Postage | 5.88 |
| 05/04/2015 | Photocopy charges | 2.80 |
| 05/05/2015 | Postage | 4.02 |
| 05/05/2015 | Photocopy charges | 4.00 |
| 05/13/2015 | Postage | 3.96 |
|  | **Total Expenses** | 136.60 |
|  | **Total Current Work** | 29,038.10 |

### Payments

| 02/17/2015 | Payment | -20,887.47 |
|---|---|---:|
|  | **Balance Due** | **$29,028.10** |

Final Statement Run Totals 05/21/2015

| | |
|---|---:|
| Statements Printed: | 1 |
| Hours: | 101.65 |
| Fees: | 28,901.50 |
| Expenses: | 136.60 |