```
                         United States Bankruptcy Court
                         Southern District of Mississippi
In re:                                                          Case No. 12-01703-ee
Community Home Financial Services, Inc.                         Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0538-3         User: rgreer              Page 1 of 3        Date Rcvd: Jul 20, 2015
                             Form ID: pdf012           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2015.
db        +Community Home Financial Services, Inc.,   Attn: Kristina M. Johnson,,   Chapter 11 Trustee,
            P. O. Box 23368,   Jackson, MS 39225-3368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2015                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2015 at the address(es) listed below:
              Andrew R. Wilson    on behalf of Defendant    The Debt Exchange, Inc. awilson@blswlaw.com,
               sdaniels@blswlaw.com
              Andrew R. Wilson    on behalf of Interested Party    The Debt Exchange, Inc. awilson@blswlaw.com,
               sdaniels@blswlaw.com
              Charles F. F. Barbour    on behalf of Creditor     WELLS FARGO BANK, N.A. cbarbour@blswlaw.com
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,
               lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov;anita.f.benson@usdoj.gov
              Derek A. Henderson    on behalf of Plaintiff William D. Dickson derek@derekhendersonlaw.com,
               melissa@derekhendersonlaw.com
              Derek A. Henderson    on behalf of Other Professional    Wells Marble & Hurst
               derek@derekhendersonlaw.com,  melissa@derekhendersonlaw.com
              Derek A. Henderson    on behalf of Accountant Robert A. Cunningham derek@derekhendersonlaw.com,
               melissa@derekhendersonlaw.com
              Eileen N. Shaffer    on behalf of Interested Party    Victory Consulting Group, Inc.
               enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    Discount Home Mortgage, Inc. enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    COMMUNITY HOME FINANCIAL SERVICES, INC.
               enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    William D. Dickson Enterprises, Inc.
               enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    Victory Consulting Group, Inc. enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Interested Party William D. Dickson enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Plaintiff William D. Dickson enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Interested Party    Double S Construction, Inc.
               enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Interested Party    Discount Mortgage, Inc. enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    Double S Construction, Inc. enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    Discount Mortgage, Inc. enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Interested Party    William D. Dickson Enterprises, Inc.
               enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Interested Party    Discount Home Mortgage enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Attorney Eileen  Shaffer enslaw@bellsouth.net
              Eileen N. Shaffer    on behalf of Defendant    William D. Dickson enslaw@bellsouth.net
              Eileen N. Shaffer A4    on behalf of Interested Party    Discount Home Mortgage enslaw@bellsouth.net
              Eileen N. Shaffer A4    on behalf of Interested Party    Discount Mortgage, Inc.
               enslaw@bellsouth.net
              Evan Joseph Lundy    on behalf of Creditor    JPMorgan Chase Bank, National Association
               msbankruptcy@logs.com
              Evan Joseph Lundy    on behalf of Creditor    Ocwen Loan Servicing, LLC msbankruptcy@logs.com
              Evan Joseph Lundy    on behalf of Creditor    Carrington Mortgage Services, LLC. as servicer for
               Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan
               Trust 2004-2 msbankruptcy@logs.com

```
District/off: 0538-3          User: rgreer                 Page 2 of 3          Date Rcvd: Jul 20, 2015
                              Form ID: pdf012              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Evan Joseph Lundy on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc. as its attorney in fact msbankruptcy@logs.com
 Evan Joseph Lundy on behalf of Creditor MidFirst Bank msbankruptcy@logs.com
 Gill Geldreich on behalf of Creditor Tennessee Dept of Revenue agbankcal@ag.tn.gov, gill.geldreich@ag.tn.gov
 Jeff D. Rawlings on behalf of Creditor Choctaw Home Finance Corporation Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
 Jeff D. Rawlings on behalf of Creditor Green Tree Servicing LLC Notices@rawlingsmacinnis.net, Judy@rawlingsmacinnis.net
 Jeffrey Ryan Barber on behalf of Plaintiff Kristina M. Johnson, Trustee of the Estate of Community Home Financial Services, Inc. jbarber@joneswalker.com, mgriffin@joneswalker.com;mgreen@joneswalker.com
 Jeffrey Ryan Barber on behalf of Trustee Kristina M. Johnson jbarber@joneswalker.com, mgriffin@joneswalker.com;mgreen@joneswalker.com
 Jeffrey Ryan Barber on behalf of Plaintiff Kristina M. Johnson jbarber@joneswalker.com, mgriffin@joneswalker.com;mgreen@joneswalker.com
 Jim F. Spencer, Jr. on behalf of Defendant Beher Holdings Trust jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Interested Party Edwards Family Partnership, LP jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Interested Party Beher Holdings Trust jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Creditor Beher Holdings Trust jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Counter-Claimant Beher Holdings Trust jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Defendant Edwards Family Partnership, LP jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Defendant James Edwards jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Counter-Claimant Edwards Family Partnership, L.L.P. jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Defendant The Atkinson Trust, LLC jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Defendant Edwards Family Partnership, L.L.P. jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Defendant Charles Edwards jspencer@watkinseager.com, mryan@watkinseager.com
 Jim F. Spencer, Jr. on behalf of Creditor Edwards Family Partnership, LP jspencer@watkinseager.com, mryan@watkinseager.com
 John D. Moore on behalf of Special Counsel John D Moore john@johndmoorepa.com, johndmoorepa@gmail.com;melanie@johndmoorepa.com
 John D. Moore on behalf of Trustee Kristina M. Johnson john@johndmoorepa.com, johndmoorepa@gmail.com;melanie@johndmoorepa.com
 Jonathan Bissette on behalf of Plaintiff William D. Dickson jbissette@wellsmar.com
 Kristina M. Johnson on behalf of Counter-Defendant Community Home Financial Services, Inc. kjohnson@joneswalker.com, kbrabston@joneswalker.com
 Kristina M. Johnson kjohnson@joneswalker.com, kbrabston@joneswalker.com
 Kristina M. Johnson on behalf of Plaintiff Kristina M. Johnson kjohnson@joneswalker.com, kbrabston@joneswalker.com
 Kristina M. Johnson on behalf of Trustee Kristina M. Johnson kjohnson@joneswalker.com, kbrabston@joneswalker.com
 LOUIS B. LANOUX on behalf of Defendant Edwards Family Partnership, L.L.P. llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Creditor Edwards Family Partnership, LP llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Defendant James Edwards llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Creditor Beher Holdings Trust llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Defendant Edwards Family Partnership, LP llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Defendant Charles Edwards llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Defendant The Atkinson Trust, LLC llanoux@watkinseager.com, mburroughs@watkinseager.com
 LOUIS B. LANOUX on behalf of Defendant Beher Holdings Trust llanoux@watkinseager.com, mburroughs@watkinseager.com
 Laura Ann Henderson-Courtney on behalf of Creditor BOKF, N.A., a national banking association d/b/a Bank of Oklahoma, as successor in interest by merger to Bank of Oklahoma, N.A. lhc@underwoodlawfirm.com, lhend@aol.com, bankruptcies@underwoodlawfirm.com;tiffani@underwoodlawfirm.com,gwen@underwoodlawfirm.com
 Laura Ann Henderson-Courtney on behalf of Creditor LNV Corporation lhc@underwoodlawfirm.com, lhend@aol.com,bankruptcies@underwoodlawfirm.com;tiffani@underwoodlawfirm.com, gwen@underwoodlawfirm.com
 Laura Ann Henderson-Courtney on behalf of Creditor New York Community Bank lhc@underwoodlawfirm.com, lhend@aol.com, bankruptcies@underwoodlawfirm.com;tiffani@underwoodlawfirm.com,gwen@underwoodlawfirm.com

```
District/off: 0538-3              User: rgreer               Page 3 of 3           Date Rcvd: Jul 20, 2015
                                  Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Laura F Ashley    on behalf of Plaintiff    Kristina M. Johnson, Trustee of the Estate of Community
               Home Financial Services, Inc. lashley@joneswalker.com,
               sliberio@joneswalker.com;hstewart@joneswalker.com
              Laura F Ashley    on behalf of Trustee Kristina M. Johnson lashley@joneswalker.com,
               sliberio@joneswalker.com;hstewart@joneswalker.com
              Luke    Dove    on behalf of Defendant    Crisco Investments, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    Brookwood-Byram Country Club, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    William D. Dickson lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    Phalanx, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    W.W. Warren Foundation lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    COMMUNITY HOME FINANCIAL SERVICES, INC.
               lukedove@dovechill.com,    secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    Victory Consulting Group, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Interested Party William D. Dickson lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    William D. Dickson Enterprises, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    Discount Home Mortgage, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    Double S Construction, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Luke    Dove    on behalf of Defendant    Discount Mortgage, Inc. lukedove@dovechill.com,
               secretary@dovechill.com
              Marcus M. Wilson    on behalf of Defendant    The Debt Exchange, Inc. mwilson@blswlaw.com,
               sdaniels@blswlaw.com
              Marcus M. Wilson    on behalf of Interested Party    The Debt Exchange, Inc. mwilson@blswlaw.com,
               sdaniels@blswlaw.com
              Margaret O Middleton     on behalf of U.S. Trustee    United States Trustee
               margaret.middleton@usdoj.gov
              Mark Alan Mintz    on behalf of Attorney    JONES WALKER LLP mmintz@joneswalker.com,
               sliberio@joneswalker.com;hstewart@joneswalker.com
              Mark Alan Mintz    on behalf of Trustee Kristina M. Johnson mmintz@joneswalker.com,
               sliberio@joneswalker.com;hstewart@joneswalker.com
              Mark Alan Mintz    on behalf of Plaintiff    Kristina M. Johnson, Trustee of the Estate of
               Community Home Financial Services, Inc. mmintz@joneswalker.com,
               sliberio@joneswalker.com;hstewart@joneswalker.com
              Matthew Aaron Davis    on behalf of Creditor    Bank of America, N.A. mdavis@henleyfirm.com
              Melanie T Vardaman    on behalf of Trustee Kristina M. Johnson melanie@johndmoorepa.com,
               john@johndmoorepa.com;kim@johndmoorepa.com
              Michael Alan Jedynak    on behalf of Creditor    PennyMac Loan Services, LLC
               ecf@ms.creditorlawyers.com
              Ronald H. McAlpin    on behalf of U.S. Trustee    United States Trustee ronald.mcalpin@usdoj.gov
              Roy H. Liddell    on behalf of Other Professional    Wells Marble & Hurst royliddell@wellsmar.com,
               jwilson@wellsmar.com
              Roy H. Liddell    on behalf of Plaintiff William D. Dickson royliddell@wellsmar.com,
               jwilson@wellsmar.com
              Sammye Sue Tharp    on behalf of U.S. Trustee    United States Trustee Sammye.S.Tharp@usdoj.gov
              Sean Albert Southern    on behalf of Creditor    CitiMortgage, Inc.
               sean.southern@ms.creditorlawyers.com,  ecf@ms.creditorlawyers.com
              Stephanie  Rippee    on behalf of Creditor    Edwards Family Partnership, LP
               srippee@watkinseager.com,  bprince@watkinseager.com
              Stephanie  Rippee    on behalf of Creditor    Beher Holdings Trust srippee@watkinseager.com,
               bprince@watkinseager.com
              Stephanie Bentley McLarty    on behalf of Trustee Kristina M. Johnson smclarty@joneswalker.com
              Stephen  Smith    trustee1@smithcpafirm.com, MS02@ecfcbis.com
              Thomas Ryan Rumfelt    on behalf of Other Professional    Lunar Heights, LLC ryan@rumfeltlegal.com,
               ryrumfelt@aol.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 99

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                                                           **CASE NO. 12-01703ee**

**COMMUNITY HOME FINANCIAL**                             **CHAPTER 11**
**SERVICES, INC.**

## ORDER RESETTING

      **THIS CAUSE** having come on this date on the (1) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S THIRD MOT. TO PROHIBIT USE OF CASH COLLATERAL UNTIL THE COURT RULES IN ADV. PROCEEDING 12-00091 (DKT.#901) (2) TR.'S OBJ. TO DKT.#901 (DKT.#927) (3) TR.'S MOT. FOR USE OF CASH (TO THE EXTENT REQUIRED) NUNC PRO TUNC (DKT.#906) (4) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO TR.'S MOT. FOR USE OF CASH COLLATERAL (TO EXTENT REQUIRED) NUNC PRO TUNC (DKT.#919) (5) TR.'S REPLY TO EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO TR.'S MOT. FOR USE OF CASH COLLATERAL (TO THE EXTENT REQUIRED) NUNC PRO TUNC (DKT.#926) (6) APPLIC. TO EMPLOY FACIO & CANAS AS SPECIAL COUNSEL NUNC PRO TUNC TO DEC. 15, 2014 & DISCLOSURE OF COMP. WITH SUPPORTING AFFIDAVIT FILED BY MARK MINTZ ON BEHALF OF KRISTINA JOHNSON, TR. (DKT.#983) (7) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO DKT.#983 - (DKT.#998) (8) TR.'S FIRST APPLIC. FOR INTERIM COMP. AS THE CH. 11 TR. OF COMMUNITY HOME FIN, SERVICES, INC. (DKT.#984) (9) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO DKT. #984) (DKT.#999) (10) OBJ. TO SUBPOENAS DUCES TECUM OF CHARLES EDWARDS, EDWARDS FAMILY PARTNERSHIP, LP, EDWARDS FAMILY PARTNERSHIP, BEHER HOLDINGS TRUST, MARTHA E.. BORG & JAMES EDWARDS (DKT.#1064) (11) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S MOT. TO CONVERT TO CH. 7 (DKT.#1041) (12) MOT. TO (1) ESTABLISH AMD. BAR DATE FOR PRE-PET. CLAIMS &

BAR DATE FOR POST-PET. & ADMINISTRATIVE CLAIMS, AND (II) TO APPROVE FORM, MANNER & SUFFICIENCY OF NTC. FOR SAME  FILED BY JEFF BARBER ON BEHALF OF KRISTINA JOHNSON, TR.  (Dkt. #1067) and the Court having considered the facts herein, finds that the hearing on August 25, 2015 should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S THIRD MOT. TO PROHIBIT USE OF CASH COLLATERAL UNTIL THE COURT RULES IN ADV. PROCEEDING 12-00091 (DKT.#901) (2) TR.'S OBJ. TO DKT.#901 (DKT.#927) (3) TR.'S MOT.  FOR USE OF CASH (TO THE EXTENT REQUIRED) NUNC PRO TUNC (DKT.#906) (4) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO TR.'S MOT. FOR USE OF CASH COLLATERAL (TO EXTENT REQUIRED) NUNC PRO TUNC (DKT.#919) (5) TR.'S REPLY TO EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO TR.'S MOT.  FOR USE OF CASH COLLATERAL (TO THE EXTENT REQUIRED) NUNC PRO TUNC (DKT.#926) (6) APPLIC. TO EMPLOY FACIO & CANAS AS SPECIAL COUNSEL NUNC PRO TUNC TO DEC. 15, 2014 & DISCLOSURE OF COMP.  WITH SUPPORTING AFFIDAVIT FILED BY MARK MINTZ ON BEHALF OF KRISTINA JOHNSON, TR. (DKT.#983) (7) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO DKT.#983 - (DKT.#998)  (8) TR.'S FIRST APPLIC.  FOR INTERIM COMP. AS THE CH. 11 TR.  OF COMMUNITY HOME FIN, SERVICES, INC. (DKT.#984) (9) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S RESP. TO DKT. #984) (DKT.#999) (10) OBJ. TO SUBPOENAS DUCES TECUM OF CHARLES EDWARDS, EDWARDS FAMILY PARTNERSHIP, LP, EDWARDS FAMILY PARTNERSHIP, BEHER HOLDINGS TRUST, MARTHA E.. BORG & JAMES EDWARDS (DKT.#1064) (11) EDWARDS FAMILY PARTNERSHIP, LP & BEHER HOLDINGS TRUST'S MOT. TO CONVERT TO CH. 7 (DKT.#1041) (12) MOT. TO (1) ESTABLISH AMD. BAR DATE FOR PRE-PET. CLAIMS & BAR DATE FOR POST-PET. & ADMINISTRATIVE CLAIMS, AND (II) TO APPROVE FORM, MANNER & SUFFICIENCY OF NTC. FOR SAME (DKT.#1067) FILED BY JEFF BARBER ON

BEHALF OF KRISTINA JOHNSON, TR. (Dkt. #1067) is hereby continued and reset for **TUESDAY, JULY 28, 2015 AT 1:3O O'CLOCK P.M.**

      **SO ORDERED** on July 20, 2015.

*[signature: Edward Ellington]*

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**