___



SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **COMMUNITY HOME FINANCIAL** | **CASE NO. 1201703EE** |
| **SERVICES, INC.** | |

**AMENDED**[1]
**ORDER ON THE *FIRST APPLICATION FOR***
***COMPENSATION FOR THE PERIOD OF JANUARY 2, 2014 THROUGH***
***JULY 31, 2014, AND REIMBURSEMENT OF EXPENSES BY THE LAW FIRM***
***OF JONES WALKER LLP AS COUNSEL TO KRISTINA M. JOHNSON, TRUSTEE***
***OF THE ESTATE OF COMMUNITY HOME FINANCIAL SERVICES, INC.* (DKT. #783)**

Consistent with the Court's opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *First Application for Compensation for the Period of January 2, 2014 through July 31, 2014, and Reimbursement of Expenses by the Law Firm of Jones Walker LLP as Counsel to Kristina M. Johnson, Trustee of the Estate of Community Home Financial Services, Inc.* (Dkt. #783) filed by Kristina M. Johnson, Chapter 11 Trustee, is hereby granted in part and denied in part.

---

[1] Amended to correct margin at the top of the page.

**IT IS FURTHER ORDERED** that Jones Walker LLP is hereby awarded interim compensation pursuant to 11 U.S.C. §§ 330 and 331 in the total amount of $678,526.00.

**IT IS FURTHER ORDERED** that Jones Walker LLP is hereby awarded interim expenses pursuant to 11 U.S.C. §§ 330 and 331 in the total amount of $55,603.55.

**##END OF ORDER##**