IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: COMMUNITY HOME
FINANCIAL SERVICES, INC.                                    CASE NUMBER: 12-01703 NPO

## NOTICE OF APPEAL

Notice is hereby given that Defendants Edwards Family Partnership, LP and Beher Holdings Trust, by and through their undersigned attorney, pursuant to 28 U.S.C. §158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a) and 8002, appeal to the United States District Court for the Southern District of Mississippi the Court's *Final Judgment on Fee Applications of Derek Henderson and Wells, Marble and Hurst, PLLC, including Fourth Application of Attorney for Debtor for Allowance of Fees and Allowance of Costs and Expenses* (Bankr. Dkt. #317*); Fifth Application of Attorney for the Debtor for Allowance of Fees and Allowance of Costs and Expenses* (Bankr. Dkt. #443*); and Application for Attorney of the Debtor for Allowance of Fees and Allowance of Costs and Expenses* (Bankr. Dkt. #398). The Final Judgment was entered on the Court's electronic docket in these proceedings on February 27, 2018, at Dkt. # 2185. A copy of the Final Judgment is attached to this Notice of Appeal.

The names of all the parties to the judgments appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Kristina M. Johnson, Trustee for Community Home Financial Services Corporation**
Jones Walker, LLP
P.O. Box 427
Jackson, MS 39025-0427
kjohnson@joneswalker.com
(601) 949-4900

**Attorneys for Kristina M. Johnson, Trustee:**

Jeffrey R. Barber, Esq.

Jones Walker, LLP
P.O. Box 427
Jackson, MS 39205-0427
jbarber@joneswalker.com
(601) 949-4765


Mark A. Mintz, Esq.
Jones Walker, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
mmintz@joneswalker.com
(504) 582-8368

**Attorneys for Former Debtor in Possession, Community Home Financial Services, Inc.**

Derek Henderson, Esq.
1765A Lelia Dr, Suite 103
Jackson, MS 39216-4820
derek@derekhendersonlaw.com
(601) 948-3167


Roy H. Liddell, Esq.
Wells, Marble & Hurst
P.O. Box 131
Jackson, MS 39205-0131
rliddell@wellsmarble.com
(601) 605-6900

**Edwards Family Partnership, LP and Beher Holdings Trust**
3907 Greenway
Baltimore, MD 21218-1840
(410) 366-2299

**Attorneys for Edwards Family Partnership, LP and Beher Holdings Trust:**

Jim F. Spencer, Jr.
Stephanie M. Rippee
Watkins & Eager PLLC
P.O. Box 650
Jackson, MS 39205-0650
(601) 965-1900

jspencer@watkinseager.com
srippee@watkinseager.com

Dated this 13th day of March, 2018.

        EDWARDS FAMILY PARTNERSHIP, LP
        AND BEHER HOLDINGS TRUST

        By: /s/ Jim F. Spencer, Jr.
        Jim F. Spencer, Jr.

OF COUNSEL:
Jim F. Spencer, Jr. (MSB # 7736)
Stephanie M. Rippee (MSB #8998)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
jspencer@watkinseager.com
srippee@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., hereby certify that I have filed the foregoing document using the CM/ECF System which sent notice of the filing to all persons requesting notice.

This 13th day of March, 2018.

        By: /s/ Jim F. Spencer, Jr.
        Jim F. Spencer, Jr.



SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: February 27, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COMMUNITY HOME FINANCIAL  	CASE NO. 12-01703-NPO
SERVICES, INC.,

DEBTOR.  	CHAPTER 11

FINAL JUDGMENT
ON FEE APPLICATIONS OF
DEREK A. HENDERSON AND WELLS
MARBLE & HURST, PLLC, INCLUDING:
FOURTH APPLICATION OF ATTORNEY FOR THE
DEBTOR FOR ALLOWANCE OF FEES AND ALLOWANCE
OF COSTS AND EXPENSES (BANKR. DKT. 317); FIFTH APPLICATION
OF ATTORNEY FOR THE DEBTOR FOR ALLOWANCE OF FEES AND
ALLOWANCE OF COSTS AND EXPENSES (BANKR. DKT. 443); AND
APPLICATION OF ATTORNEY FOR THE DEBTOR FOR ALLOWANCE
OF FEES AND ALLOWANCE OF COSTS AND EXPENSES (BANKR. DKT. 398)

Consistent with this Court's Memorandum Opinion and Order on Remand Regarding Fee Applications of Derek A. Henderson and Wells Marble & Hurst, PLLC, Including: Fourth Application of Attorney for the Debtor for Allowance of Fees and Allowance of Costs and Expenses (Bankr. Dkt. 317)[1]; Fifth Application of Attorney for the Debtor for Allowance of Fees and Allowance of Costs and Expenses (Bankr. Dkt. 443);

---

[1] Citations to the docket entries in the above-styled bankruptcy case (the "Bankruptcy Case") are cited as "(Bankr. Dkt. ___)."

and Application of Attorney for the Debtor for Allowance of Fees and Allowance of Costs and Expenses (Bankr. Dkt. 398) (Bankr. Dkt. 2184) (the "Remand Opinion"), entered contemporaneously herewith,[2]

IT IS, THEREFORE, ORDERED that the legal services provided in connection with the Adversary Proceedings by Henderson and WMH were necessary to the administration of the Bankruptcy Case and reasonably likely to benefit the bankruptcy estate at the time at which the services were rendered under 11 U.S.C. § 330(a)(3)(C) and the test set forth in *In re Woerner*.

##END OF FINAL JUDGMENT##

---

[2] Any capitalized term not defined in this Final Judgment shall have the definition set forth in the Remand Opinion.