

JONES WALKER
190 East Capitol Street • Suite 800 (39201) • P.O. Box 427
Jackson, Mississippi 39205-0427

RECEIVED
JUN - 8 2018
CLERK, U.S.
BANKRUPTCY COURT
SO. DIST. OF MISS.

U.S. Bankruptcy Court
501 East Court Street
Suite 2.300
P.O. Box 2448
Jackson, MS 39225-2448



SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: June 4, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    COMMUNITY HOME FINANCIAL SERVICES,      CASE NO. 12-01703-NPO
INC.,

DEBTOR.                                                       CHAPTER 11

### ORDER AND NOTICE FOR HEARING
### ON SECOND AMENDED DISCLOSURE STATEMENT

To the debtor, its creditors, and other parties in interest:

A Second Amended Disclosure Statement (Dkt. #2314) and a Second Amended Plan (Dkt. #2315) under chapter 11 of the U.S. Bankruptcy Code having been filed by the Trustee on June 1, 2018,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

1. The hearing to consider the approval of the Second Amended Disclosure Statement shall be held at the U.S. Bankruptcy Court for the Southern District of Mississippi, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, on July 31, 2018 at 10:00 a.m.

2. July 9, 2018 is fixed as the last day for filing and serving written objections to the Second Amended Disclosure Statement in accordance with Fed. R. Bankr. P. 3017(a). Any party objecting to the adequacy of the information contained in the Second Amended Disclosure Statement shall submit such objection to the Clerk of the Court and also shall serve a copy thereof upon the trustee's attorney, Jeffrey Barber, Esq., P.O. Box 427, Jackson, MS 39205. Attorneys and

other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. Miss. Bankr. L.R. 5005-1(a)(2)(A). Those granted an exception from mandatory electronic filing shall submit any such objection to the Clerk of the Court in person at the U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201 or by mail at U.S. Bankruptcy Court, Southern District of Mississippi, P.O. Box 2448, Jackson, MS 39225-2448. Miss. Bankr. L.R. 5005-1(a)(2)(B). A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in U.S. Bankruptcy Court only through a licensed attorney. Miss. Bankr. L.R. 9010-1(b)(2)(C).

3. Within 5 days after entry of this order and notice, the Second Amended Disclosure Statement and Second Amended Plan shall be distributed with a copy of this order and notice by the plan proponent in accordance with Fed. R. Bankr. P. 3017(a). A certificate of service shall be filed with the Clerk of the Court within 7 days of compliance with this requirement.

4. Requests for copies of the Second Amended Disclosure Statement and Second Amended Plan shall be mailed to the debtor through counsel, Jeffrey Barber, Esq. at P.O. Box 427, Jackson, MS 39205.

##END OF ORDER##