# MONTHLY OPERATING REPORT

## CHAPTER 11

**CASE NAME: COMMUNITY HOME FINANCIAL SERVICES, INC.**

**CASE NUMBER: 12-01703-NPO**     **For Period 05-1 to 05-31, 2018**

| Form Attached | Previously Waived | Required Reports/Documents |
|---|---|---|
| x | | Comparative Balance Sheet (Form 2-B) |
| x | | Profit and Loss Statement (Form 2-C) |
| x | | Cash Receipts and Disbursements Statement (Form 2-D) |
| x | | Supporting Schedules (Form 2-E) |
| x | | Narrative (Form 2-F) |
| x | | Copies of Bank Statements and Reconciliation of Bank Balance to Book Balance for all Accounts |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _June 18, 2018_

Debtor-- Comuunity Home Financial Services, Inc.

By: _Kristina M. Johnson, Trustee_
Position:     Chapter 11 Bankruptcy Trustee
Name of Preparer:     Kristina M. Johnson, Esq.
Telephone Number:     601-949-4785

**See** General Disclaimer (attached hereto as Exhibit "A")

eot

CASE NAME: Community Home Financial Services, Inc.

CASE NUMBER: 12-01703-NPO

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 5/23/2012 | Month Ended 1/31/2018 | Month Ended 2/28/2018 | Month Ended 3/31/2018 | Month Ended 4/30/2018 | Month Ended 5/31/2018 |
|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | |
| Cash | $ 42,061 | $ 11,379,749 | $ 11,390,871 | $ 11,451,687 | $ 9,791,329 | $ 9,921,083 |
| Accounts Receivable, Net | 40,363,325 | 63,268,090 | 63,174,755 | 62,922,251 | 62,822,545 | 62,782,582 |
| Due from Sortis Financial | - | 103,923 | 102,771 | 161,588 | 140,800 | 79,337 |
| Prepaid Insurance | - | | | | | |
| Legal Retainer-D. Henderson | 22,500 | | | | | |
| Legal Retainer-Wells, Marble, etc. | 35,833 | | | | | |
| TOTAL CURRENT ASSETS | $40,463,719 | $ 74,751,762 | $ 74,668,397 | $ 74,535,526 | $ 72,754,674 | $ 72,783,002 |
| | | | | | | |
| PROPERTY, PLANT & EQUIP | $ 85,342 | $ 355,339 | $ 355,339 | $ 355,339 | $ 355,339 | 355,339 |
| Less Accumulated Depreciation | (46,940) | (355,339) | (355,339) | (355,339) | (355,339) | (355,339) |
| NET PROPERTY, PLANT & EQUIP | $ 38,402 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| OTHER ASSETS | | | | | | |
| Foreclosed Real Estate | $ 57,000 | $ 57,000 | $ 57,000 | $ 57,000 | $ 57,000 | 57,000✱✱✱ |
| Loans due CHFS | 3,200,000 | 3,200,000 | 3,200,000 | 3,200,000 | 3,200,000 | 3,200,000 |
| Alleged Misappropriated Funds | | 9,095,090 | 9,095,090 | 9,095,090 | 9,095,090 | 9,095,090 |
| Recovery of Alleged Misappropriated Funds | | (5,918,279) | (5,918,279) | (5,918,279) | (5,918,279) | (5,918,279) |
| Questionable Payments by DIP | | 441,607 | 441,607 | 441,607 | 441,607 | 441,607 |
| Payments Remitted Not Received | | 91,211 | 91,211 | 91,211 | 91,211 | 91,211 |
| Estimated Taxes | | 3,900 | 4,600 | 4,600 | 4,600 | 4,600 |
| Deferred Tax Assets | | 331,361 | 331,361 | 331,361 | 331,361 | 331,361 |
| ✱ Payment to Beher Holdings Trust on Portfolio #7 | | | | | 1,587,754 | 1,587,754 |
| TOTAL OTHER ASSETS | $ 3,257,000 | $ 7,301,890 | $ 7,302,590 | $ 7,302,590 | $ 8,890,344 | $ 8,890,344 |
| | | | | | | |
| ✱✱ TOTAL ASSETS | $43,759,121 | $ 82,053,652 | $ 81,970,987 | $ 81,838,116 | $ 81,645,018 | $ 81,673,346 |

*Paid pursuant to Docket Entry 137
"Memorandum Opinion and Order on
Third Amended Complaint in
Adv. Proc. 13-00104-NPO." Additional
Accounting Adjustments will be made on
an amended May, 2018 MOR after
additional information is gathered.

## ✱*See Disclaimer (attached hereto
## as Exhibit "B")

✱✱✱Three houses and lots have been abandoned from the
bankruptcy estate per Court approval. *See* Dkt. #1493.
The Trustee does not have sufficient knowledge at this time
to adjust the books and records of the debtor-corporation
to reflect these abandonments. The Trustee will make the
necessary adjustments to the books and records at a later
date and disclosure of same will be made at that time.

CASE NAME: **Community Home Financial Services, Inc.**

CASE NUMBER: 12-01703-NPO

| LIABILITIES: | Filing Date 5/23/2012 | Month Ended 1/31/2018 | Month Ended 2/28/2018 | Month Ended 3/31/2018 | Month Ended 4/30/2018 | Month Ended 5/31/2018 |
|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: | | | | | | |
| Taxes Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Payable | 57,124 | 48,102 | 48,102 | 48,102 | 48,102 | 48,102 |
| State Taxes Payable | | 29,376 | | | | |
| Other: | | 2,526 | 2,526 | 2,526 | 2,526 | 2,526 |
| TOTAL POST-PETITION LIABILITIES | $ 57,124 | $ 80,004 | $ 50,628 | $ 50,628 | $ 50,628 | $ 50,628 |
| | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | |
| Notes payable-Secured | $ - | $ - | $ - | $ - | $ - | $ - |
| Priority Debt | | | | | | |
| Unsecured Debt (See Attached) | 30,908,189 | 30,511,547 | 30,511,547 | 30,511,547 | 30,511,547 | 30,511,547 |
| Unearned Discounts | | 46,621,588 | 46,547,374 | 46,346,598 | 46,267,318 | 46,235,542 |
| Unreconciled Diff DIP MOR & Actual Notes Rec | | 13,654,193 | 13,654,193 | 13,654,193 | 13,654,193 | 13,654,193 |
| Disputed Loans Discovered June, 2015 | | 9,464,448 | 9,464,448 | 9,464,448 | 9,464,448 | 9,464,448 |
| TOTAL PRE-PETITION LIABILITIES | $ 30,908,189 | $ 100,251,776 | $ 100,177,562 | $ 99,976,786 | $ 99,897,506 | $ 99,865,730 |
| | | | | | | |
| TOTAL LIABILITIES | $ 30,965,313 | $ 100,331,780 | $ 100,228,190 | $ 100,027,414 | $ 99,948,134 | $ 99,916,358 |
| | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | |
| PREFERRED STOCK | $ - | $ - | $ - | $ - | $ - | $ - |
| COMMON STOCK | | 108,960 | 108,960 | 108,960 | 108,960 | 108,960 |
| ADDITIONAL PAID IN CAPITAL | | 2,285,421 | 2,285,421 | 2,285,421 | 2,285,421 | 2,285,421 |
| RETAINED EARNINGS: | | | | | | |
| Retained Earnings | 12,793,808 | (21,291,982) | (21,291,982) | (21,291,982) | (21,291,982) | (21,291,982) |
| Unreconciled Difference in DIP MORs | | 738,687 | 738,687 | 738,687 | 738,687 | 738,687 |
| Current Year Earnings | | (119,214) | (98,289) | (30,384) | (144,202) | (84,098) |
| TOTAL EQUITY (NET WORTH) | $ 12,793,808 | $ (18,278,128) | $ (18,257,203) | $ (18,189,298) | $ (18,303,116) | $ (18,243,012) |
| | | | | | | |
| ✱TOTAL LIABILITIES & EQUITY | $ 43,759,121 | $ 82,053,652 | $ 81,970,987 | $ 81,838,116 | $ 81,645,018 | $ 81,673,346 |

**\*See Disclaimer (attached hereto
as Exhibit "B")**

CASE NAME: Community Home Financial Services, Inc.
CASE NUMBER: 12-01703-NPO

|  | Month Ended 1/31/2018 | Month Ended 2/28/2018 | Month Ended 3/31/2018 | Month Ended 4/30/2018 | Month Ended 5/31/2018 |
|---|---|---|---|---|---|
| NET REVENUE | $  331,747 | $  137,821 | $  277,403 | $  197,522 | $  88,909 ✳ |
| COST OF GOODS SOLD: | $  - | $  - | $  - | $  - | $  - |
| Material |  |  |  |  |  |
| Labor-Direct |  |  |  |  |  |
| Manufacturing Overhead |  |  |  |  |  |
| TOTAL COST OF GOODS SOLD | $  - | $  - | $  - | $  - | $  - |
| GROSS PROFIT | $  331,747 | $  137,821 | $  277,403 | $  197,522 | $  88,909 |
| OPERATING EXPENSES: |  |  |  |  |  |
| Selling & Marketing |  |  |  |  |  |
| General & Administrative | 450,960 | 116,897 | 209,498 | 311,340 | 28,805 |
| Other Operating Expenses |  |  |  |  |  |
| TOTAL OPERATING EXPENSES | $  450,960 | $  116,897 | $  209,498 | $  311,340 | $  28,805 |
| INTEREST EXPENSE |  |  |  |  |  |
| INCOME BEFORE OTHER ITEMS | $  (119,213) | $  20,924 | $  67,905 | $  (113,818) | $  60,104 |
| Other Income--Refunds |  |  |  |  |  |
| NET INCOME (LOSS) | $  (119,213) | $  20,924 | $  67,905 | $  (113,818) | $  60,104 |

*Deferred revenue from the unearned discounts for this month was $31,776.53.
The revenue recognized as unearned discounts is based on the 2017 beginning
balances for Unearned Discounts and Accounts/Notes Receivable. As principal
payments and other adjustments are recorded each month, a pro-rate share of
the unearned discount is recognized as income for the month.

**CASE NAME: Community Home Financial Services, Inc.**

**CASE NUMBER: 12-01703-NPO**

**Comparative Balance Sheet**
**Prepetition Liabilities**
**Unsecured Debt**

| Debt Due To: | Amount |
|---|---:|
| Beher Holdings Trust-Home Improvement Line | $   13,711,000 |
| Edwards Family Partnership-Home Improvement Line | 4,570,000 |
| Beher Holdings Trust-Pool 7 BWP 08 Loans | 4,857,781 |
| Edwards Family Partnership-DIJ Portfolio 1 | 1,247,547 |
| Edwards Family Partnership-DIJ Portfolio 2 | 558,287 |
| Edwards Family Partnership-DIJ Portfolio 3 | 90,603 |
| Edwards Family Partnership-Promor Investment Pool | 49,816 |
| Edwards Family Partnership-BWP 2009 Pool | 2,561,716 |
| Edwards Family Partnership-BWP 2007 Pool | 2,470,929 |
| Blue World Pools, Inc.-Contingency Claim | 157,000 |
| Discount Home Mortgage | 98,508 |
| Joe Logan-Disputed brokerage fee | 100,000 |
| US Recordings-Filing Fees | 28,000 |
| Caldwell Sandford Deibert et al-Attorney Fees | 3,575 |
| Decatur City of Illinois-House & lot clean up charges | 6,785 |
| **Total Unsecured Debt** | **$   30,511,547** |

**Note:**
The Trustee's investigation is not yet complete. The amount and nature
of any obligations owed to Beher Holdings Trust and Edwards
Family Partnership have been addressed in Adversary Proceeding
12-00091 [AP Dkt Nos. 357-358], 13-00104 [AP Dkt Nos.137-138], and
15-80 [APDkt. Nos. 126-127], all presently on appeal. The obligations to
Discount Home Mortgage are subject to offsets for a Judgement entered
in Adversary Proceeding 14-00030 [Dkt. Nos. 301-302]. Pending
completion of appeals and/or a confirmed Capter 11 plan, the Trustee
is retaining the designations used in prior Monthly Operating Reports. The
listings on this page are not a concession as to the nature or amounts
of the listed obligations.

CASE NAME:      **Community Home Financial Services, Inc.**      **CASE NUMBER: 12-01703-NPO**

## QUARTERLY FEE SCHEDULE

### MONTH ENDED      5/31/2018

| Payment Date | Net Cash Disbursements | Quarterly Fee Due | Check Number | Check Date |
|---|---|---|---|---|
| January | $ 203,441 | | | |
| February | $ 142,477 | | | |
| March | $ 94,861 | | | |
| Total | | | | |
| 1st Quarter | $ 440,779 | $ 4,875.00 | 6217 | 4/23/2018 |
| | | | | |
| April | $ 1,873,140 | | | |
| May | $ 58,419 | | | |
| June | | | | |
| Total | | | | |
| 2nd Quarter | $ 1,931,559 | | | |
| | | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| Total | | | | |
| 3rd Quarter | $ - | | | |
| | | | | |
| October | | | | |
| November | | | | |
| December | | | | |
| Total | | | | |
| 4th Quarter | $ - | | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 TO $14,999.99 | $ 325 |
| $15,000 TO $74,999.99 | $ 650 |
| $75,000 TO $149,999.99 | $ 975 |
| $150,000 TO $224,999.99 | $ 1,625 |
| $225,000 TO $299,999.99 | $ 1,950 |
| $300,000 TO $999,999.99 | $ 4,875 |
| $1,000,000 TO $1,999,999.99 | $ 6,500 |
| $2,000,000 TO $2,999,999.99 | $ 9,750 |
| $3,000,000 TO $4,999,999.99 | $ 10,400 |
| $5,000,000 TO $14,999,999.99 | $ 13,000 |
| $15,000,000 TO $29,999,999.99 | $ 20,000 |
| $30,000,000 OR MORE | $ 30,000 |

**Community Home Financial Services, Inc.**
**Constructive Disbursements**
**Month Ended 05/31/2018**

| Date | Description | Amount |
|---|---|---|
| 5/31/2018 | ClearSpring Loan Services Withheld from Collections | 46,795.69 |
| | Totals | 46,795.69 |

**CASE NAME: Community Home Financial Services, Inc.   CASE NUMBER: 12-01703-NPO**

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
### For Period 05-01 to 05-31, 2018

#### CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1 | Beginning Cash Balance | $ | 9,791,329.78 |
| | | | |
| 2 | Cash Receipts | $ | 141,377.58 |
| 3 | Cash Disbursements | $ | 11,623.64 |
| 4 | Net Cash Flow | $ | 129,753.94 |
| | | | |
| 5 | Ending Cash Balance | $ | 9,921,083.72 |

#### CASH SUMMARY--ENDING BALANCE

| | | Amount | Financial Institution |
|---|---|---|---|
| 1 | Trust Account | $ - | Wells Fargo DIP CHFS-BHT |
| 2 | Trust Account | $ - | Wells Fargo DIP CHFS-EFP |
| 3 | Operating Account | $ 9,921,083.72 | Wells Fargo DIP Operating Acct |
| 4 | Trust Account | $ - | Wells Fargo DIP CHFS-Plan Esc |
| 5 | Other Account | $ - | BancorpSouth Sweep Account |
| | Total | $ 9,921,083.72 | |

ADJUSTED CASH DISBURSEMENTS:

$ 58,419.33

**COMMUNITY HOME FINANCIAL SERVICES INC**

**COMPLETE CHECK REGISTER**

May 31, 2018                    CD2 - Cash disbursements bank 2          Client No: CHFS          Page  1

| Date | Payee | Acct | Acct Desc | Ck Num | DR(CR) |
|------|-------|------|-----------|--------|--------|
| 5/4/18 | US NEXT | 5985 | WEBSITE FEES | 6219 | 119.85 |
| 5/14/18 | HOST GATOR | 5985 | WEBSITE FEES | 6220 | 747.00 |
| 5/29/18 | JOHN D MOORE PA PROFESSIONAL FEES | 5780 | PROFESSIONAL FEES | 6221 | 10,245.09 |
| 5/16/18 | WIRE TRANSFER SERVICE CHARGE | 5210 | BANK CHARGES | DR01 | 45.00 |
| 5/16/18 | INTERNATIONAL TECHNOLOGY HOLDING | 5625 | IT SERVICES | DR02 | 466.70 |
| | Totals for 5 Checks | | | | 11,623.64 |

**COMMUNITY HOME FINANCIAL SERVICES INC**
**JOURNAL REPORT**

May 31, 2018                     CD2 - Cash disbursements bank 2          Client No: CHFS      Page 1

| Date | Acct | Acct Desc | Amount | Ref | Description |
|------|------|-----------|--------|-----|-------------|
| 5/4/18 | 5985 | WEBSITE FEES | 119.85 | 6219 | US NEXT |
| 5/14/18 | 5985 | WEBSITE FEES | 747.00 | 6220 | HOST GATOR |
| 5/29/18 | 5780 | PROFESSIONAL FEES | 10,245.09 | 6221 | JOHN D MOORE PA PROFESSIONAL FEES |
| 5/16/18 | 5210 | BANK CHARGES | 45.00 | DR01 | WIRE TRANSFER SERVICE CHARGE |
| 5/16/18 | 5625 | IT SERVICES | 466.70 | DR02 | INTERNATIONAL TECHNOLOGY HOLDING |
| 5/31/18 | 1040 | WELLS FARGO DIP OPERATING 9425 | -11,623.64 | CHECKS | CHECKS & DRAFTS MAY 2018 |
| | | Total for 6 Items | 0.00 | | |

**COMMUNITY HOME FINANCIAL SERVICES INC**
**JOURNAL REPORT**

May 31, 2018                    CR2 - Cash receipts  bank 2            Client No: CHFS    Page  2

| Date | Acct | Acct Desc | Amount | Ref | Description |
|------|------|-----------|--------|-----|-------------|
| 5/7/18 | 1040 | WELLS FARGO DIP OPERATING 9425 | 140,799.55 | CR01 | DEPOSIT |
| 5/7/18 | 1105 | DUE FROM SORTIS FINANCIAL | -140,799.55 | CR01 | DEPOSIT |
| | | | 0.00 | CR01 | Reference Total |
| 5/16/18 | 1040 | WELLS FARGO DIP OPERATING 9425 | 90.00 | CR02 | WIRE TRANSFER REVERSAL |
| 5/16/18 | 5210 | BANK CHARGES | -90.00 | CR02 | WIRE TRANSFER REVERSAL |
| | | | 0.00 | CR02 | Reference Total |
| 5/31/18 | 1040 | WELLS FARGO DIP OPERATING 9425 | 488.03 | CR03 | INTEREST INCOME |
| 5/31/18 | 4046 | INTEREST REVENUE | -488.03 | CR03 | INTEREST INCOME |
| | | | 0.00 | CR03 | Reference Total |
| | | Total for 6 Items | 0.00 | | |

## COMMUNITY HOME FINANCIAL SERVICES INC
### Bank Reconciliation Report

May 31, 2018                                                    Client No: CHFS    Page  1
1040         WELLS FARGO DIP OPERATING
             9425

### Bank Statement

| | |
|---|---:|
| Bank Statement Ending Balance | 11,509,841.83 |
| Outstanding Receipts | 0.00 |
| Outstanding Checks | -1,588,758.11 |
| Adjusted Bank Balance | 9,921,083.72 |

### General Ledger

| | |
|---|---:|
| Beginning GL Bank Balance | 9,791,329.78 |
| Cash Receipts | 141,377.58 |
| Total Cash Disbursements | -11,623.64 |
| Ending GL Balance | 9,921,083.72 |

**COMMUNITY HOME FINANCIAL SERVICES INC**
**Bank Reconciliation Report**

May 31, 2018                                          Client No: CHFS    Page 2
1040         WELLS FARGO DIP OPERATING 9425

| Amount | Ref | From | Date | Description |
|---|---|---|---|---|
| | | | | Outstanding Receipts |
| 0.00 | | | | Total Outstanding Receipts |
| | | | | Outstanding Checks |
| 15.00 | 6087 | CF | 01/22/16 | TEXAS SEC OF STATE TERMINATION TAXABLE |
| 70.00 | 6088 | CF | 01/22/16 | PA DEPT OF STATE WITHDRAWAL FOREIGN REGI |
| 20.00 | 6089 | CF | 01/22/16 | TN SECTY OF STATE APPLIC FOR WITHDRAWAL |
| 30.00 | 6090 | CF | 01/22/16 | IN SECTY OF STATE APPIC FOR WITHDRAWAL |
| 120.00 | 6092 | CF | 01/22/16 | KS SECTY OF STATE CORP REINSTATEMENT |
| 35.00 | 6093 | CF | 01/22/16 | KS SECTY OF STATE WITHDRAWAL FOR CORP |
| 300.00 | 6097 | CF | 01/22/16 | AR SECTY OF STATE W/D FOREIGN CORPORATIO |
| 10.00 | 6099 | CF | 01/22/16 | SC SECTY OF STATE W/D CORP REGISTRATION |
| 40.00 | 6100 | CF | 01/22/16 | KY STATE TREAS W/D OF CORP REGISTRATION |
| 149.11 | 6113 | CF | 03/01/16 | AUBREY & EVA CALDWELL REFUND OVERPAY |
| 215.00 | 6128 | CF | 07/25/16 | KY STATE TREAS 2015 CORP INC TAX & LLET |
| 1,587,754.00 | 6218 | CF | 04/26/18 | BEHER HOLDINGS TRUST |
| 1,588,758.11 | | | | Total Outstanding Checks |
| 11,623.64 | | | | Total Cleared Debits |
| 141,377.58 | | | | Total Cleared Credits |

# Platinum Business Checking

Account number:    9425  ■  May 1, 2018 - May 31, 2018  ■  Page 1 of 4



KRISTINA M. JOHNSON,
AS CHAPTER 11 TRUSTEE FOR
DEBTOR IN POSSESSION,
COMMUNITY HOME FINANCIAL SERVICES, INC.
PO BOX 23368
JACKSON MS 39225-3368

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
      P.O. Box 6995
      Portland, OR  97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your
business plan - whether you're an experienced business owner or just starting out.
Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $11,380,087.89 |
| Deposits/Credits | 141,377.58 |
| Withdrawals/Debits | - 11,623.64 |
| Ending balance on 5/31 | $11,509,841.83 |
| Average ledger balance this period | $11,492,012.24 |

Account number:   9425

KRISTINA M. JOHNSON,
AS CHAPTER 11 TRUSTEE FOR
DEBTOR IN POSSESSION,
COMMUNITY HOME FINANCIAL SERVICES, INC.

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  321270742

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

Account number:          )425  ■  May 1, 2018 - May 31, 2018  ■  Page 2 of 4



**WELLS FARGO**

---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $488.03 |
| Average collected balance | $11,492,012.24 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $488.03 |
| Interest paid this year | $2,372.60 |

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/7 | | WT Fed#02669 Capital One, NA /Org=Sortis Financial, Inc. FBO Chfs Con Srf# US180507B01780 Trn#180507152530 Rfb# 0003293530 | 140,799.55 | | |
| 5/7 | 6219 | Check | | 119.85 | 11,520,767.59 |
| 5/16 | | Wire Trans Svc Charge Reversal | 45.00 | | |
| 5/16 | | Wire Trans Svc Charge Reversal | 45.00 | | |
| 5/16 | | Wire Trans Svc Charge - Sequence: 180516069790 Srf# 0067176136314881 Trn#180516069790 Rfb# | | 45.00 | |
| 5/16 | | WT Fed#09382 Bac International /Ftr/Bnf=International Technology Holding Srf# 0067176136314881 Trn#180516069790 Rfb# | | 466.70 | 11,520,345.89 |
| 5/17 | 6220 | Check | | 747.00 | 11,519,598.89 |
| 5/29 | 6221 | Check | | 10,245.09 | 11,509,353.80 |
| 5/31 | | Interest Payment | 488.03 | | 11,509,841.83 |
| Ending balance on 5/31 | | | | | 11,509,841.83 |
| Totals | | | $141,377.58 | $11,623.64 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 6219 | 5/7 | 119.85 | 6220 | 5/17 | 747.00 | 6221 | 5/29 | 10,245.09 |

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2018 - 05/31/2018 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $11,492,012.00 ☑ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

Account number.     9425 ■ May 1, 2018 - May 31, 2018 ■ Page 3 of 4



---

*Monthly service fee summary (continued)*
WK/WK

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 500 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# IMPORTANT ACCOUNT INFORMATION

Important information about legal process fees.

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

Account number:        I9425   ■   May 1, 2018 - May 31, 2018   ■   Page 4 of 4



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your              $ _____
   register or transfers into               $ _____
   your account which are not               $ _____
   shown on your statement.             + $ _____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

General Disclaimer for MORs

Despite demand, Kristina M. Johnson, Trustee ("**Trustee**") of the Estate of Community Home Financial Services, Inc. ("**Debtor**"), has not received all operational documents and all books and records of the Debtor from its former officers, employees and/or management. Consequently, the information and amounts reflected in this Monthly Operating Report are based on the best information available to the Trustee at this time.  Turnover of the operational documents and other books and records of the Debtor are among the items the Trustee pursued in Adversary Proceeding No. 14-00030-NPO in this Court.  This Monthly Operating Report and the classifications, explanations, and/or characterizations herein are subject to revision if additional information is obtained by the Trustee which would result in a material change to the information or amounts set forth herein.

In some instances, names, addresses and account numbers of consumer borrowers have been redacted out of privacy concerns.

# EXHIBIT "A"

{JX124016.1}

In late April of 2014, the Trustee obtained remote access to some of the Debtor's computer servers in Panama. Those servers contain the software program the Debtor used to manage and service its loan portfolio.[1]

On June 3, 2014, the Court approved the Trustee's retention of Vantium Capital, Inc. a Delaware Corporation doing business as Acqura Loan Services ( "**Servicer**").[2]   *See* Dkt. No. 702.  The Servicer uploaded to its system the loan portfolio data found on the Debtor's servers.  Servicer's report to the Trustee reflected in this Monthly Operating Report reflects a larger amount of receivables than that previously reported by the Debtor.   The Trustee is investigating the discrepancy and reserves the right to amend this Monthly Operating Report accordingly.

---

[1] Despite having access to the servers, much of the Debtor's operational information is not on the servers.  Furthermore, most of the Debtor's other books and records have not been turned over to the Trustee.

[2] Servicer's name was subsequently changed to Clear Spring Loan Services, Inc. Effective January 1, 2018, the company changed its name to Sortis Financial, Inc.

# EXHIBIT "B"

{JX123407.1}