___

SO ORDERED,

*[signature]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: August 1, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.

___

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE:**

**COMMUNITY HOME FINANCIAL**
**SERVICES, INC.,**   **CASE NO. 12-01703-NPO**

**DEBTOR.**   **CHAPTER 11**

**ORDER GRANTING TRUSTEE'S *OMNIBUS* OBJECTION TO PROOF OF CLAIM FILED BY WILLIAM D. DICKSON [CLAIM NO. 10] AND TO CLAIMS AND INTERESTS OF DICKSON ENTITIES** *[Dkt. #2302]*

There came on for consideration the Trustee's *Omnibus* Objection to Proof of Claim Filed by William D. Dickson [Claim No. 10] and to Claims and Interests of Dickson Entities ("**Objection**")[1] [*Dkt. #2302*] filed by Kristina M. Johnson, Trustee ("**Trustee**") of the Estate of Community Home Financial Services, Inc. ("**CHFS**"), pursuant to Sections 105 and 502(d) of the Bankruptcy Code and Rules 3001, 3003, and 3007 of the Federal Rules of Bankruptcy Procedure. The Court, being fully advised in the premises, and having been advised that no objections were filed, finds that the Objection is well taken and should be granted.

IT IS, THEREFORE, ORDERED:

___

[1] Unless stated otherwise, defined terms herein shall bear the meanings set forth in the Objection.

{JX323323.2}   1

2

A. Proof of Claim No. 10 is disallowed in full. To the extent Dickson asserts any other claim or interest in this case, such claim or interest is hereby disallowed in full.

B. To the extent the Dickson Entities have filed claims or interests in this case (whether formal or informal), such claims or interests are hereby disallowed in full.

C. The Clerk of this Court is authorized and directed to annotate the claims docket in this case consistent with this Order.

***END OF ORDER***

SUBMITTED BY:

*/s/ Jeffrey R. Barber*
Jeffrey R. Barber (MB #1982)
Kristina M. Johnson (MB #9382)
Stephanie B. McLarty (MB #104585)
**JONES WALKER LLP**
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone: (601) 949-4765
Facsimile: (601) 949-4804
jbarber@joneswalker.com
kjohnson@joneswalker.com
smclarty@joneswalker.com

Mark A. Mintz (LAB #31878)
Laura F. Ashley (LAB #32820)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8368
Facsimile: (504) 589-8368
mmintz@joneswalker.com
lashley@joneswalker.com

COUNSEL FOR KRISTINA M. JOHNSON, TRUSTEE OF THE ESTATE OF COMMUNITY HOME FINANCIAL SERVICES, INC.