_____

SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: October 31, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

COMMUNITY HOME FINANCIAL SERVICES, INC.,     CASE NO. 12-01703-NPO

DEBTOR.     CHAPTER 11

## ORDER EXTENDING STAY

Upon consideration of the Motion for Relief from Automatic Stay and for Other Relief (Dkt. #2435) filed by U.S. Bank Trust, N.A. in the above-referenced bankruptcy case and 11 U.S.C. § 362(e), the Court is of the opinion that continuation of the automatic stay beyond the thirty (30)- day period as provided under the U.S. Bankruptcy Code will not hinder, burden, delay or be inconsistent with this proceeding.

IT IS, THEREFORE, ORDERED that any stay provided by 11 U.S.C. § 362(a) is hereby continued in effect pending the conclusion of a final hearing and determination by the Court.

##END OF ORDER##