___



SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: March 6, 2019

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COMMUNITY HOME FINANCIAL SERVICES, INC.,   CASE NO. 12-01703-NPO

DEBTOR.   CHAPTER 11

Brad Jones, Esq., Counsel for Bank of America
John Moore, Esq., Counsel for the Trustee

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on March 26, 2019, at 10:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment related to the hearing scheduled to take place on February 12, 2019, on the Motion for Relief from Automatic Stay and for Other Relief (Dkt. #2489) filed by Bank of America and the Trustee's Response and Objection to Bank of America, N.A.'s Motion for Relief from Automatic Stay and for Other Relief (Dkt. #2506) filed by the Trustee.  *See* Miss. Bankr. L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##