___

**SO ORDERED,**

*/s/ Neil P. Olack*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: September 10, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE:

COMMUNITY HOME FINANCIAL
SERVICES, INC.,                                              CASE NO. 12-01703-NPO

DEBTOR.                                                      CHAPTER 11

**ORDER GRANTING APPLICATION OF KRISTINA M. JOHNSON, TRUSTEE, TO SUBSTITUTE HARPER, RAINS, KNIGHT & COMPANY, P.A. AS ACCOUNTANT EFFECTIVE SEPTEMBER 1, 2019, AND DISCLOSURE OF COMPENSATION WITH SUPPORTING STATEMENTS** [Dkt. #2578]

There came on for the Court's consideration the Application of Kristina M. Johnson, Trustee, to Substitute Harper, Rains, Knight & Company, P.A. ("**HRK**") as Accountant Effective September 1, 2019, and Disclosure of Compensation with Supporting Statements **[Dkt. #2578]** ("**Application**") filed by Kristina M. Johnson, Trustee ("**Trustee**") of the Estate of Community Home Financial Services, Inc. ("**Debtor**") in the above-referenced Chapter 11 proceeding. The Court, being fully advised in the premises, finds that the Application is well taken and should be granted.

IT IS THEREFORE, ORDERED, that Stephen Smith, C.P.A. ("**Smith**") and HRK's employment as accountant for the Trustee, and HRK's substitution for Stephen Smith &

{JX385697.1}

Company, P.C., Certified Public Accountants, all effective September 1, 2019, be and hereby is approved.

    IT IS FURTHER ORDERED that Smith and HRK shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Fed. R. Bankr. Proc. 2016 and any other applicable or related statutes and rules.

    IT IS FURTHER ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

##END OF ORDER##

SUBMITTED BY:

*/s/ Kristina M. Johnson*
Jeffrey R. Barber (MB #1982)
Kristina M. Johnson (MB #9382)
**JONES WALKER LLP**
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone:  (601) 949-4765
Facsimile:  (601) 949-4804
jbarber@joneswalker.com
kjohnson@joneswalker.com


Admitted *Pro Hac Vice*:
Mark A. Mintz (LAB #31878)
Laura F. Ashley (LAB # 32820)
**JONES WALKER LLP**
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8368
Facsimile:  (504) 589-8368
mmintz@joneswalker.com
lashley@joneswalker.com
*Counsel for Chapter 11 Trustee*

{JX385697.1}