IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Community Home Financial Services, Inc.                          DEBTOR
                                                          CASE NO. 12-01703-NPO
                                                                    CHAPTER 11
Community Home Financial Services, Inc. and
Kristina M. Johnson, Trustee                                        RESPONDENTS

Wayne County Treasurer                                                  MOVANT


**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT
AND FOR OTHER RELIEF**

COMES NOW Wayne County Treasurer (the "Movant" or "WCT") in Michigan, by counsel, and moves the Court to grant relief from the automatic stay, and for other relief including abandonment of property from the estate, as follows:

1. Community Home Financial Services, Inc. (the "Debtor") filed its petition under Chapter 11 of the Bankruptcy Code on May 23, 2012 (the "Bankruptcy Case"). Kristina M. Johnson was subsequently appointed as Trustee.

2. By operation of 11 U.S.C. 362, Movant is prohibited from commitment of any judicial proceeding against the Debtor, any act to obtain possession of property of the estate, or any act to enforce any lien against the property of the estate.

3. The Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. 362.

4. Movant is owed property taxes in the approximate amount of $7,407.67, for the following described real property situated at 11950 Miami, Detroit, MI 48217 ("Subject Property") in Wayne County, Michigan:

> E MIAMI THAT PT 302 THRU 300 DESC AS W 56.57 FT ON S LINE BG W
> 37.30 FT ON N LINE MARION PARK NO 1 L55 P25 PLATS, W C R 20/456
> 56.57 IRREG

true and correct copy of the Tax Statement is attached hereto as composite "Exhibit A."

5. Debtor is the mortgage company and lienholder on the Subject Property. Linda Sanders is the Subject Property owner. A true and correct copy of the Title Report for the Subject Property is attached hereto as composite "Exhibit B."

6. The Debtor participated in an Interest Reduction Stipulated Payment program (the "IRSPA") for the payment of the property taxes owed to Movant.

7.   In March 2018, Debtor defaulted in the agreed payments to Movant under the IRSPA and remains in default.  Movant has not received any payments on the property taxes due and owing since that time.

8.   Movant estimates the value of the property to be approximately $17,800.00, based on double the State Equalized Value.

9.   Movant would show that sufficient cause exists for the termination, annulment or modification of the automatic stay as provided in 11 U.S.C. 362 (d)(1) because of the failure to pay the property taxes set forth above, and the interest of Movant is not adequately protected.

10. Movant would further show that sufficient cause exists for the termination, annulment or modification of the automatic stay as provided in 11 U.S.C. 362 (d)(2) because the Subject Property is not necessary for an effective reorganization.

11. Based on the foregoing, Movant should be granted relief from the automatic stay imposed by 11 U.S.C. 362, and Movant would urge the Court to terminate, modify or lift the automatic stay and abandon the subject property from the estate of the Debtor, so as to allow the Movant to pursue all remedies available to it under applicable state law, including initiation of foreclosure proceedings. Movant further asks for attorney fees and court costs incurred.

12.  Movant requests that the order granting relief from the automatic stay entered in this case be excepted from the stay provisions of *Bankruptcy Rule 4001(a)(3)*.

WHEREFORE, Movant files this Motion and prays that the automatic stay imposed by 11 U.S.C. 362 be terminated, modified or lifted, and said Subject Property be abandoned from the estate, so as to allow Movant  pursue its remedies and to initiate foreclosure proceedings against the Subject Property, and for attorney's fees and costs incurred, and Movant requests that the 14-day stay imposed by FRBP 4001(a)(3) be waived. Movant further requests such other relief to which it may be entitled.

Respectfully submitted,

WAYNE COUNTY TREASURER

By:  /s/ Olivia Spencer, Its Attorney

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS 39205
PHONE: 601-948-1547, MB #104439
spencer@kingandspencer.net

## CERTIFICATE OF SERVICE

I, Olivia Spencer, Attorney for Wayne County Treasurer, do hereby certify that I have this day caused to be served, via CM/ECF, a true and correct copy of the above and foregoing Motion to:

Kristina M. Johnson
kjohnson@joneswalker.com
TRUSTEE & ATTORNEY FOR TRUSTEE

Laura F Ashley
lashley@joneswalker.com
ATTORNEY FOR TRUSTEE

John D. Moore
john@johndmoorepa.com
ATTORNEY FOR TRUSTEE

USTPRegion05.JA.ECF@usdoj.gov
Office of the U.S. Trustee

ALL PARTIES REGISTERED FOR CM/ECF NOTIFICATIONS.

And by United States Mail, postage prepaid and properly addressed to:

Linda Sanders
11950 Miami
Detroit, MI 48217

Community Home Financial Services, Inc.
P. O. Box 23368
Jackson, MS 39225

SO CERTIFIED this the 17th day of December, 2019.

/s/ Olivia Spencer

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS 39205
PHONE: 601-948-1547, MB #104439
spencer@kingandspencer.net



**ERIC R. SABREE**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942

Make checks payable to:
Wayne County Treasurer

Taxpayer Information:
(313) 224-5990

Office Hours:
8:00 a.m. - 4:30 p.m.
Monday through Friday

Web:treasurer.waynecounty.com
Email:taxinfo@waynecounty.com

**Mailing Address:**  Sanders, Linda
11950 MIAMI ST
DETROIT MI 48217

# Tax Statement

**Number:**  2019 - 355383                                                    **Date:**  12/17/2019

01-20018200-5                                                                  11977501

**Detroit Real Property Description:**

**Parcel ID:**  20018200-5                    **SEV Amt:** $8,900 - 2019
**Address:**  11950 Miami                     **PRE:** 100%
              Detroit, MI 48217

**Legal Description:**  E MIAMI THAT PT 302 THRU 300 DESC AS W 56.57 FT ON S LINE BG W 37.30 FT ON N LINE MARION PARK NO 1 L55 P25 PLATS, W C R 20/456 56.57 IRREG

| Tax Year | Base Tax | Total Amt Due | Status Description |
|---|---|---|---|
| 2014 | $1,444.66 | $2,340.35 | DELINQUENT REAL PROPERTY TAX |
| 2015 | $1,867.32 | $2,800.98 | DELINQUENT REAL PROPERTY TAX |
| 2017 | $943.62 | $1,188.96 | DELINQUENT REAL PROPERTY TAX |
| 2018 | $945.07 | $1,077.38 | DELINQUENT REAL PROPERTY TAX |

**Total: $5,200.67  $7,407.67**  If this property is not foreclosed and is available for payment the amounts presented here are good on or before 12/31/2019.
By providing these figures this office does not represent that this property can be redeemed or reclaimed.

Bankruptcy claims filed for years (unpaid): 2014

Created by:238                                                                Page 1 of 1



EXHIBIT

"A"

8/27/2019 Search Results

Return to Search Results

**You searched for:** RecordingDateID >= Fri Jan 01 00:00:00 EST 1960 and <= Tue Aug 20 00:00:00 EDT 2019 and HouseNumber=11950 and StreetName=miami and Document Types to Search Over:=20 DAY, ABANDONED PROPERTY PROJECT, ABANDONMENT OF EASEMENT, ABSTRACT OF JUDGEMENT, ABSTRACT OF JUDGEMENT RELEASE, and 216 more

13 items found, displaying all items.1

| Description | Summary | | | | Add All to My Images |
|---|---|---|---|---|---|
| QUIT CLAIM DEED 99105673 | Rec Date: 01/21/1999 L: 30096 P: 2587, ... | Grantor: LLOYD LEON T SURV SINGLE, LLOYD LEON T JR AKA, LLOYD NAOMI C DECD, ... | | Grantee: LLOYD LEONIA JTWRS, LLOYD LEONA JTWRS | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| MORTGAGE 200208006 | Rec Date: 06/22/2000 L: 31879 P: 903, ... | Grantor: SANDERS LINDA SINGLE | | Grantee: FIRST FRANKLIN FINANCIAL CORP | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| MORTGAGE 200207993 | Rec Date: 06/22/2000 L: 31879 P: 883, ... | Grantor: SANDERS LINDA SINGLE | | Grantee: FIRST FRANKLIN FINANCIAL CORP | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| WARRANTY DEED 200269428 | Rec Date: 08/23/2000 L: 32168 P: 428, ... | Grantor: LLOYD LEONIA J JTWRS, LLOYD LEONA L JTWRS, TURNER ALICE E APA | | Grantee: SANDERS LINDA SINGLE | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| MORTGAGE 207417449 | Rec Date: 11/05/2007 L: 46783 P: 592, ... | Grantor: SANDERS LINDA SINGLE | Grantee: GOOD HOUSE KEEPING CONSTRUCTION | | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| CERTIFICATE OF FORFEITURE OF REAL PROPERTY 2010111477 | Rec Date: 03/30/2010 L: 48436 P: 1165 | Grantor: SANDERS LINDA | Grantee: WAYNE COUNTY TREASURER | | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ..., | |
| CERTIFICATE OF REDEMPTION 2010264221 | Rec Date: 07/08/2010 L: 48634 P: 261 | Grantor: SANDERS LINDA | Grantee: WAYNE COUNTY TREASURER | | View Image Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |

EXHIBIT "B"

8/27/2019                                          Search Results

| Description | Summary | | | | Add All to My Images |
|---|---|---|---|---|---|
| **CERTIFICATE OF FORFEITURE OF REAL PROPERTY 2012128736** | Rec Date: 04/04/2012  Grantor: SANDERS LINDA  L: 49707 P: 895 | | Grantee: WAYNE COUNTY TREASURER | | View Image<br>Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| **CERTIFICATE OF FORFEITURE OF REAL PROPERTY 2013136804** | Rec Date: 03/15/2013  Grantor: SANDERS LINDA  L: 50592 P: 1020 | | Grantee: WAYNE COUNTY TREASURER | | View Image<br>Add to My Images |
| | Muni: DETROIT, ... | Address: 11950 MIAMI, ... | Tax ID: 20/018200-5, ... | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300, ... | |
| **CERTIFICATE OF FORFEITURE OF REAL PROPERTY 2014131446** | Rec Date: 04/07/2014  Grantor: SANDERS LINDA  L: 51416 P: 1346 | | Grantee: WAYNE COUNTY TREASURER | | View Image<br>Add to My Images |
| | Muni: DETROIT | Address: 11950 MIAMI | Tax ID: 20/018200-5 | Subd: E MIAMI THAT PT 302 THRU 300 DESC AS W 56.57 FT ON S LINE BG W 37.30 FT ON N LINE MARION PARK NO 1 L55 P25 PLATS, W C R 20/456 56.57 IRREG Liber: 55 Page: 25 Lot: 300 | |
| **CERTIFICATE OF REDEMPTION 2014211181** | Rec Date: 04/14/2014  Grantor: SANDERS LINDA  L: 51476 P: 250 | | Grantee: WAYNE COUNTY TREASURER | | View Image<br>Add to My Images |
| | Muni: DETROIT | Address: 11950 MIAMI | Tax ID: 20/018200-5 | Subd: E MIAMI THAT PT 302 THRU 300 DESC AS W 56.57 FT ON S LINE BG W 37.30 FT ON N LINE MARION PARK NO 1 L55 P25 PLATS, W C R 20/456 56.57 IRREG Liber: 55 Page: 25 Lot: 300 | |
| **CERTIFICATE OF REDEMPTION 2015416752** | Rec Date: 11/04/2015  Grantor: SANDERS LINDA  L: 52561 P: 867 | | Grantee: WAYNE COUNTY TREASURER | | View Image<br>Add to My Images |
| | Muni: DETROIT | Address: 11950 MIAMI | Tax ID: 20/018200-5 | Subd: E MIAMI THAT PT 302 THRU 300 DESC AS W 56.57 FT ON S LINE BG W 37.30 FT ON N LINE MARION PARK NO 1 L55 P25 PLATS, W C R 20/456 56.57 IRREG Liber: 55 Page: 25 Lot: 300 | |
| **CERTIFICATE OF REDEMPTION 2016406208** | Rec Date: 12/02/2016  Grantor: SANDERS LINDA  L: 53384 P: 380 | | Grantee: WAYNE COUNTY TREASURER | | View Image<br>Add to My Images |
| | Muni: DETROIT | Address: 11950 MIAMI | Tax ID: 20/018200-5 | Subd: MARION PARK NO 1 Liber: 55 Page: 25 Lot: 300 | |

13 items found, displaying all items.1

Return to Search Results

8/23/2000 – Warranty Deed FROM Leonia J Lloyd (JTWRS), Leona J Lloyd (JTWRS) & Alice Turner TO Linda Sanders (L32168 P428)

11/5/2007 – Mortgage from Linda Sanders to Good House Keeping Construction for 11950 Miami (L46783 P592)

1/4/2008 – Assignment of Mortgage recorded at Liber 46783 Page 592 from Good House Keeping Construction to Community Home Financial Services Inc. (Liber 46914 P181)

- Searching
  - ○
    - Real Estate
- Search Tips
- Fraud Guard
- About
- Wayne County - ROD
- Logout publicweb

**WARRANTY DEED - 200269428**

### General Data

Document Number
200269428

Liber   Page
32168   428

Recording Date              Entry Date
08/23/2000 12:00:00 PM  08/29/2000 12:00:00 AM

Number Pages
2

Dated Date                  Consideration (Loan Amount)
04/27/2000                  $85,000.00

Recording Fee               Tax Stamp Number
$0.00

Affidavit Filed?            Consideration Total Fees
☐

**Return Address(es)**

- Return
- Alternate Address

Return To
GREAT LAKES TITLE

Address1

Address2

City  State  Zip

Mailback Date

### Names

| Grantor | Grantee |
|---|---|
| LLOYD LEONIA J JTWRS | SANDERS LINDA SINGLE |
| LLOYD LEONA L JTWRS | |
| TURNER ALICE E APA | |

### Notary Name

## Cross Reference

| Document Number | Liber | Page | Internal | Document Type |
|---|---|---|---|---|
| | | | ☐ | |

### Legal

Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 300 Municip: DETROIT TaxID: 20/018200-5 Street: 11950 MIAMI
Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 301 Municip: DETROIT TaxID: 20/018200-5 Street: 11950 MIAMI
Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 302 Municip: DETROIT TaxID: 20/018200-5 Street: 11950 MIAMI

### Notes

- Searching
  - ○
    - ○ Real Estate
- Search Tips
- Fraud Guard
- About
- Wayne County - ROD
- Logout publicweb

MORTGAGE - 207417449

### General Data

Document Number
207417449

Liber   Page
46783  592

Recording Date            Entry Date
11/05/2007 01:39:00 PM   11/06/2007 11:12:54 AM

Number Pages
7

Dated Date            Consideration (Loan Amount)
10/12/2007            $11,776.00

Recording Fee        Tax Stamp Number
$0.00

Affidavit Filed?      Consideration Total Fees
☐

#### Return Address(es)

- Return
- Alternate Address

Return To
US RECORDINGS, INC

Address1
2925 COUNTRY DRIVE

Address2

City        State  Zip
ST PAUL   MN   55117

Mailback Date

### Names

| Grantor | Grantee |
|---|---|
| SANDERS LINDA SINGLE | GOOD HOUSE KEEPING CONSTRUCTION |

### Notary Name

## Cross Reference

| Document Number | Liber | Page | Internal | Document Type |
|---|---|---|---|---|
| 208011416 | 46914 | 181 | ☐ | |

### Legal

Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 300 Municip: DETROIT TaxID: 20/018200-5 Street: 11950 MIAMI

Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 301 Remarks: PART OF Municip: DETROIT TaxID: 20/018200-5 Street: 11950 MIAMI

Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 302 Remarks: PART OF Municip: DETROIT TaxID: 20/018200-5 Street: 11950 MIAMI

### Notes

- Searching
  - Real Estate
- Search Tips
- Fraud Guard
- About
- Wayne County - ROD
- Logout publicweb

## ASSIGNMENT - 208011416

### General Data

Document Number
208011416

Liber   Page
46914   181

Recording Date          Entry Date
01/04/2008 02:40:00 PM  01/11/2008 03:47:11 PM

Number Pages
3

Dated Date              Consideration (Loan Amount)
10/29/2007              $0.00

Recording Fee           Tax Stamp Number
$0.00

Affidavit Filed?        Consideration Total Fees
☐

#### Return Address(es)

- Return
- Alternate Address

Return To
US RECORDINGS INC

Address1
2925 COUNTRY DR STE 201

Address2

City          State   Zip
ST PAUL       MN      55117

Mailback Date

### Names

| Grantor | Grantee |
|---|---|
| GOOD HOUSE KEEPING CONSTRUCTION SANDERS LINDA | COMMUNITY HOME FINANCIAL SERVICES INC |

### Notary Name

## Cross Reference

| Document Number | Liber | Page | Internal | Document Type |
|---|---|---|---|---|
| 207417449 | 46783 | 592 | ☐ | |

### Legal

Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 300 Municip: DETROIT
Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 301 Municip: DETROIT
Liber: 55 Page: 25 Subd: MARION PARK NO 1 Lot: 302 Municip: DETROIT

### Notes