SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: January 27, 2020**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COMMUNITY HOME FINANCIAL SERVICES, INC.,               CASE NO. 12-01703-NPO

**DEBTOR.**                                                                                **CHAPTER 11**

## ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from Automatic Stay and Abandonment and for Other Relief filed by the Wayne County Treasurer (the "Motion") (Dkt. #2639) and the Trustee's Response and Objection to Wayne County Treasurer's Motion for Relief from Automatic Stay and Abandonment and for Other Relief (the "Response") (Dkt. #2656). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on January 28, 2020, should be continued and reset at the request of the Wayne County Treasurer.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for February 25, 2020, at 10:00 AM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi. No further continuances will be granted.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the

conclusion of the final hearing and a determination by the Court.

##END OF ORDER##


Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693