Form n114–4001 (Rev. 8/15/2017)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Community Home Financial Services, Inc.**

**CASE NO. 12–01703–NPO**

**DEBTOR.**

**CHAPTER 11**

To: Elizabeth Crowell Price, Esq.

### Clerk's Memorandum

To ensure proper noticing and in compliance with Federal Rules of Bankruptcy Procedure Rule 4001(a)(1), please serve a copy of your * *Motion for Relief from Automatic Stay and for Abandonment or Alternatively, for Adequate Protection* filed on behalf of U.S. Bank National Association (Dkt. # 2683) and the *Notice of Hearing* (Dkt. # 2685 ) to all affected parties and the Twenty Largest Unsecured Creditors (or the Unsecured Creditors' Committee if one has been appointed by the United States Trustee).

The *Twenty Largest Unsecured Creditors* may be obtained *via* PACER: *Query> Creditor> Creditor Type: 20 Largest Unsecured Creditors.*

If a *Creditors' Committee* has been appointed the members may be obtained *via* PACER: *Query> Party*.

Mailings must be completed by **February 14, 2020**.

Certificate of Service must be filed with the court on or before  **February 25, 2020**.

The Certificate of Service (the "Certificate") must specify the method of service, and must identify all parties served. A list containing the names and addresses of the 20 largest unsecured creditors or creditors' committee members (whichever is applicable) may be attached to the Certificate. *(Example is shown on the back of this notice).*

Dated: 2/12/20

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225–2448
601–608–4600

***Note*** *:   If you have already served/mailed the motion it will only be necessary to serve/mail the hearing notice.*

# E X A M P L E

CERTIFICATE OF SERVICE

I, _____(name), do hereby certify that I have this date transmitted *via* Electronic Case Filing, and/or *via* U.S. Mail, postage prepaid, a true and correct copy of _____ (pleadings/documents) to the below parties:

**Notice Provided *via* First Class U.S. Mail**:

20 Largest Unsecured Creditors **or** Unsecured Creditors Committee (see attachment)

Angelia Spencer
P.O. Box 17
Stonewall, MS 39363

**Service provided *via* Notice of Electronic Filing (NEF) through ECF system**:

United States Trustee;
John Doe, Esq.;
John Smith, Trustee

Dated this the ___ day of _____, 20___.        Signature_____
(Attorney for Movant)

Attorney Information:

[Name]
[Address]
[Telephone No.]
[Email]
[State Bar No.]