

SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: March 18, 2020

**The Order of the Court is set forth below. The docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**COMMUNITY HOME FINANCIAL SERVICES, INC.**
**Debtor.**

**CASE NO. 12-01703-NPO**

**CHAPTER 11**

### ORDER GRANTING MOTION TO LIFT STAY, IN PART, AND FOR OTHER RELIEF

**THIS DAY** this case came on for hearing of the motion (#2639) of Wayne County Treasurer ("WCT") to lift the automatic stay imposed by 11 U.S.C. § 362 and to direct the estate to abandon certain property, and the Response and Objection (#2656 and #2693) thereto filed by the Chapter 11 Trustee (the "Trustee"), for the Debtor, Community Home Financial Services, Inc. ("CHFS"), and the Court, being duly advised in the premises and having considered the pleadings, evidence, and arguments of counsel at the hearing, finds that said Motion should be granted on the terms set forth herein.

**IT IS, THEREFORE, ORDERED and ADJUDGED** that WCT is granted relief from the automatic stay as to the following described real property situated at 11950 Miami, Detroit, MI 48217 ("Subject Property") in Wayne County, Michigan:

> E MIAMI THAT PT 302 THRU 300 DESC AS W 56.57 FT ON S LINE BG W 37.30 FT ON N LINE MARION PARK NO 1 L55 P25 PLATS, W C R 20/456 56.57 IRREG

**IT IS FURTHER ORDERED and ADJUDGED** that the WTC can take any and all actions available under applicable state laws to foreclose on the property and collect amounts due

from the property owner (a CHFS borrower) with regard to the Subject Property, but said property is not abandoned.

**IT IS FURTHER ORDERED and ADJUDGED** that the surplus from the property tax foreclosure sale, if any, shall be paid into the Court's registry by WCT promptly after the foreclosure sale occurs until further order of the Court pending the final, nonappealable order having been rendered concluding *Rafaeli, LLC v. Oakland County* pending in the Michigan Supreme Court, Case No.: 156849.

**IT IS FURTHER ORDERED and ADJUDGED** that WCT shall notify the Court and the Trustee when said final, nonappealable ordered is rendered in the *Rafaeli* case.

## ## END OF ORDER ##

SUBMITTED BY:

/s/ Olivia Spencer
Olivia Spencer, Attorney for Creditor
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
(601) 948-1547 / MB #104439
spencer@kingandspencer.net


APPROVED AS TO FORM:

/s/ John D. Moore
John D. Moore, MSB No. 10610
One of the Attorneys for the Trustee
Law Offices of John D. Moore, P. A.
301 Highland Park Cove, Suite B (39157)
Post Office Box 3344
Ridgeland, Mississippi 39158-3344
601-853-9131
john@johndmoorepa.com
Special Counsel for the Trustee