SO ORDERED,

Judge Neil P. Olack
**United States Bankruptcy Judge**
**Date Signed: July 10, 2020**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         **COMMUNITY HOMES FINANCIAL**
               **SERVICES, INC.**                                   **CASE NO. 12-01703-EE**

---

**WISLER MERELAN AND MARIE C. MERELAN**                                           **MOVANT**

**V.**

**COMMUNITY HOMES FINANCIAL**
**SERVICES, INC., Debtor**                                                    **RESPONDENT**

### AGREED ORDER WITHDRAWING WISLER MERELAN AND MARIE C. MERELAN'S MOTION TO LIFT AUTOMATIC STAY AS TO DEBTOR AND FOR ABANDONMENT OR ALTERNATIVELY FOR ADEQUATE PROTECTION INCLUDING THE RIGHT TO FILE AN AMENDED PROOF OF CLAIM FOR FEES
#### (Dkt #2728)

THIS MATTER is before the Court on the *Motion to Lift Automatic Stay to Debtor and for Abandonment or Alternatively for Adequate Protection Including the Right to File an Amended as Proof of Claim for Fees and Costs* (Dkt #2728) (the "**Motion**") filed by Wisler Merelan and Marie C. Merelan ("Merelans") and the *Response and Objection* (Dkt #2750) (the "**Response**") filed by Kristina M. Johnson, Chapter 11 Trustee (the "**Trustee**") of the Estate of Community Homes Financial Services, Inc.

The Merelans have agreed to withdraw the Motion and the Trustee has no objection to this withdrawal of the Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion is Withdrawn.

**##END OF ORDER##**

**Agreed, Approved, and Prepared by:**          **Agreed and Approved:**

/s/John D. Moore_____          /s/James Eldred Renfroe_____
John D. Moore, MSB# 10610          James Eldred Renfroe, MSB#10096
*Attorney for the Trustee*          *Attorney for Wisler Merelan and Marie C. Merelan*